**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASSOCIATION OF COMMUNITY CANCER CENTERS, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; NATIONAL INFUSION CENTER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members, <br><br>                Plaintiffs, <br><br>     vs. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; BRAD SMITH, in his official capacity as the Director of the Center for Medicare and Medicaid Innovation; CENTER FOR MEDICARE AND MEDICAID INNOVATION, <br>                Defendants. | CIV. NO. 1:20-cv-03531 |

**EXPERT DECLARATION OF PROFESSOR AMITABH CHANDRA**

December 10, 2020

# TABLE OF CONTENTS

I.   Introduction ..................................................................................................................... 3

  A.  Qualifications ............................................................................................................. 3

  B.  Assignment ................................................................................................................ 4

II.  Summary of Opinions ................................................................................................... 4

III. Background .................................................................................................................... 7

  A.  Introduction to Medicare............................................................................................ 7

    1.  Medicare Program Structure ................................................................................. 7

    2.  Medicare Part B drugs, reimbursements, and costs to seniors ........................... 8

  B.  MFN Rule Overview.................................................................................................. 14

    1.  MFN Rule Drugs................................................................................................... 14

    2.  MFN Rule Reference Countries........................................................................... 16

    3.  MFN Rule Drug Payment ..................................................................................... 17

    4.  Add-on Payment................................................................................................... 17

    5.  Other Considerations............................................................................................ 18

IV.  Analysis of Most Favored Nation Rule ....................................................................... 18

  A.  The intended effects of the MFN Rule will not be realized.................................... 22

  B.  The MFN Rule will have unintended consequences, including reduced innovation and
      access barriers to current and future therapies................................................... 25

    1.  Immediate consequences impacting providers and patients. ........................... 25

    2.  Lower expected returns will immediately depress investment and harm patients through
        diminished future innovation ............................................................................ 30

V.   Additional considerations............................................................................................ 40

  A.  Drug pricing decision frameworks in other countries are fundamentally different from
      the U.S. approach to healthcare. ........................................................................ 40

  B.  Other policies can improve affordability of drugs to seniors with fewer detrimental
      effects.................................................................................................................. 43

I, Amitabh Chandra, declare pursuant to 28 U.S.C. § 1746 as follows:

## I.        INTRODUCTION

### A.        Qualifications

1.   I am a professor at Harvard University, where I hold the Ethel Zimmerman Wiener Professorship of Public Policy at the Harvard Kennedy School and the Henry and Allison McCance Professorship of Business Administration at Harvard Business School. My research focuses on innovation, productivity, and cost-growth in health care as well as medical malpractice and racial disparities in health care. My work has been published in leading journals such as the American Economic Review, Journal of Political Economy, The New England Journal of Medicine, JAMA, and Health Affairs. I am also the chair editor of The Review of Economics and Statistics. My research has been featured in the New York Times, the Washington Post, CNN, Newsweek, and on National Public Radio.

2.   I am the recipient of the Upjohn Institute Dissertation Award, the Kenneth Arrow Award for best paper in health economics, the Eugene Garfield Award for the impact of medical research, and the National Institute for Health Care Management (NIHCM) research award. In 2012, I was awarded the American Society of Health Economists (ASHE) medal, which is awarded biennially to the economist age 40 or under who has made the most significant contributions to the field of health economics.

3.   In addition, I have testified before the U.S. Senate and the U.S. Commission on Civil Rights; have been a consultant to the RAND Corporation, Microsoft Research, the National Academy of Medicine, and the Blue Cross Blue Shield of Massachusetts Foundation; and have served as special commissioner on the Massachusetts Special Commission on Provider Price Reform. I am also a research associate at the National Bureau of Economic Research (NBER), and an elected member of the National Academy of Medicine and the National Academy of Social Insurance.

4.   Relevant to this case is that I serve on the Congressional Budget Office (CBO)'s Panel of Health Advisors and published papers in leading peer reviewed journals on the pricing of medicines, the incentives for innovation, orphan drugs, cost growth in US health care,

patient-cost sharing, and the relative merits of private insurers versus government in deciding what to cover. At Harvard Business School, I am the faculty chair of the new MS/MBA program in the life-sciences, and serve on the Board of the Blavatnik Fellowship in Life-Sciences Entrepreneurship.

5.   A detailed list of my experience and research publications, including all publications authored in the previous ten years, is included in my *curriculum vitae*, which is attached as **Appendix A** to this report.

###   B.   Assignment

6.   I have been asked by Plaintiffs' counsel to provide expert opinion analyzing the economic impacts of the Most Favored Nation (MFN) Rule. In particular, I have been asked to comment on the immediate harms, as well as the long term harms to and considerations for both Medicare Part B beneficiaries and the broader U.S. population that will be caused by the MFN Rule.

7.   In executing my assignment, I have relied on my own training and research; relevant literature; and publicly-available information. A list of the materials that I have relied upon is provided in **Appendix B**.

8.   I am being compensated at an hourly rate of $800. I also directed a team of employees from Analysis Group, Inc. to perform certain research activities in support of my declaration, and I receive compensation based on their work.  My compensation is not contingent on my findings or on the outcome of this litigation. My work in this matter is ongoing, and I may amend or supplement my opinions and report if new documents become available or otherwise appropriate.

## II.   SUMMARY OF OPINIONS

9.   The Most Favored Nation Rule (hereafter, "MFN Rule") attempts to reduce Medicare beneficiary drug costs by decreasing reimbursements for certain Medicare Part B drugs to the lowest observed price for each drug across a group of Organization for Economic Co-operation and Development (OECD) countries. The reduction in reimbursement is meant to force manufacturers to decrease drug prices in the United States (U.S.) over time and to increase their drug prices in the OECD countries. However, the MFN Rule is fundamentally

at odds with the U.S. approach for determining healthcare prices, fails to understand limitations on increasing prices in OECD countries, and will result in harm to the Medicare beneficiaries it is intended to benefit, as well as others.

10.     The size of the U.S. pharmaceutical market dwarfs that of other OECD countries. The U.S. market is approximately six times the size of the next largest developed market (Japan).[1] Due to the dominance of the U.S. in the global pharmaceutical market and its largely market-based approach to healthcare, the U.S. is central to the development of novel and innovative life-saving therapies. The U.S. is a hub for pharmaceutical innovation, more innovative drugs are available in the U.S., and drugs tend to launch first in the U.S. Therefore, attempts to reduce U.S. prices through the MFN Rule will be detrimental to incentives for the innovation and development of new drugs, both in the immediate term and in the long run.

11.     The MFN Rule will sacrifice access to future medications in an effort to secure lower prices today. Lower Medicare Part B reimbursements will reduce U.S. revenues and manufacturers will have limited ability to raise prices internationally, leading to overall reductions in drug revenue. Considerable economic research indicates that decreased future revenues lead to declines in drug innovation. The MFN Rule targets the very drugs that are successful: those that are highly valuable and are used by providers to achieve good result for Medicare patients. By limiting the profitability of successful drugs, pharmaceutical companies will face a lower expected return on investment for making such medicines, which will diminish investors' willingness to invest today in the risky process of drug development. This change in willingness to invest will manifest itself immediately upon implementation of the MFN Rule.

12.     In addition, in the immediate term, the stated goals of the MFN Rule will not be realized. The MFN Rule will have limited impact on Medicare patients' out-of-pocket costs for Part B drugs, despite its stated intention to do so. Most Medicare beneficiaries currently have various forms of supplemental coverage that help mitigate out-of-pocket costs for Medicare Part B drugs. These include Medigap plans, supplemental employer plans, and dual Medicaid eligibility. While Medicare Advantage plans typically require cost sharing for Part B drugs through a coinsurance, there is a cap on total out-of-pocket spending.

---

[1] *See* ¶ 42.

13.     The MFN Rule will also cause many unintended consequences for providers and patients. The MFN Rule operates through two channels—reduced reimbursements, and a fixed add-on payment replacing the current percentage add-on payment. With the impending passage of this Rule, reduced reimbursements will force providers to limit inventories to avoid medicines where prices (that are set by manufacturers through various contracts) exceed reimbursements (which are set by the MFN Rule). This will lead to drug shortages, an increased likelihood that patients will be prescribed less effective treatments that are not covered by the MFN Rule, or both. Further, the MFN Rule will disproportionately affect certain practices that face higher fixed administrative fees for administering Part B drugs. Already reeling from the impacts of COVID-19, the additional strains of reduced reimbursement as well as fixed add-on payments will increase incentives for providers, particularly smaller providers, to consolidate or be acquired by larger hospitals, reducing the availability of care. Taken together, the MFN Rule will result in harm to patients by reducing access to treatment, as well as financial harm to providers who are unable to bridge the gap between acquisition costs and reduced reimbursements.

14.     The MFN Rule comes with a range of likely harmful consequences, such as restricting Medicare patient access to affected drugs, altering provider incentives to stock and administer the affected drugs, and reducing innovation and access incentives for future therapies. There are other approaches that would make drugs more affordable to seniors that do not carry these consequences. These strategies include removing or lowering deductibles and coinsurance associated with these medicines to limit patient cost-sharing. Congress has done this previously with Medicare Part D, by lowering patient cost-sharing associated with drug spending in the 'donut hole,' a coverage gap where patients were responsible for 100 percent of drug costs.[2] Alternatively, if the problem is that drugs are being used without regard to their underlying therapeutic value, payment-reforms could circumvent this problem.

---

[2] "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," KFF.org, available at: https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead.

### III.    BACKGROUND

#### A.    Introduction to Medicare

15.    In order to assess the implications of the MFN Rule, it is necessary to have a basic understanding of the Medicare program. Medicare is the federal health insurance program for people who are 65 or older, certain younger people with disabilities, and people with permanent kidney failure requiring dialysis or transplant.[3] According to the Centers for Medicare and Medicaid Services (CMS), as of August 2020, 62.8 million Americans were enrolled in Medicare programs.[4] CMS estimates that the total federal program spending on Medicare benefits for fiscal year (FY) 2019 was $779.6 billion, or 21 percent of total health spending.[5,6]

#### *1.   Medicare Program Structure*

16.    Medicare is divided into four different parts (Medicare Parts A, B, C, and D), which help cover specific services.[7]

17.    Medicare Part A and Part B are known as Original Medicare and are administered through CMS. Medicare Part A covers inpatient hospital stays, care in skilled nursing facilities, hospice care, nursing home care (inpatient care in a skilled nursing facility that is not custodial or long-term care) and some at-home health care.[8] CMS estimates that in calendar year (CY) 2018, 7.6 million people received services through Part A with $190.7 billion in federal spending.

18.    Medicare Part B, which I describe in more detail below, covers medically necessary and preventive doctors' services, medical supplies, outpatient care, and drugs or biologics that are

---

[3] "What's Medicare?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.

[4] "Medicare Enrollment Dashboard," *CMS.gov*, accessed on December 9, 2020, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Dashboard/Medicare-Enrollment/Enrollment%20Dashboard.html.

[5] "CMS Fast Facts," *CMS.gov*, August 20, 2020, p. 13, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts.

[6] "Financial Report Fiscal Year 2019," *CMS.gov*, November 2019, p. 2, available at: https://www.cms.gov/files/document/cms-financial-report-fiscal-year-2019.

[7] "What's Medicare?" *Medicare.gov*, accessed on December 9, 2020, available at:  https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.

[8] "What Part A covers," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/what-medicare-covers/what-part-a-covers.

administered by a physician or other health care provider (i.e., the drugs are not self-administered by the patient). In CY 2018, 34.2 million beneficiaries received services through Medicare Part B with $198.8 billion in federal spending.[9] The MFN Rule is specifically targeted at drugs covered under Medicare Part B.

19.    Medicare Part C, also known as Medicare Advantage, is an "all in one" alternative to Original Medicare offered by private health insurance companies that contract with Medicare to provide all Part A and Part B benefits.[10,11] Most Medicare Advantage Plans also offer prescription drug coverage, i.e., Medicare Part D. Medicare Advantage Plans offer extra benefits that Original Medicare does not, including coverage for some vision, hearing, and dental services.[12] As of September 2020, there were over 600 Medicare Advantage contracts with CMS with 24.6 million Americans enrolled.[13]

20.    Medicare Part D helps cover the cost of prescription drugs (i.e., drugs purchased at a pharmacy and that are usually self-administered).[14] Part D is also administered by private health insurance companies and not directly through CMS. CMS estimates that in CY 2018, there were 1.5 billion prescriptions dispensed with a total Medicare Part D expenditure of $95.2 billion.[15]

2.    *Medicare Part B drugs, reimbursements, and costs to seniors*

(a)  Drugs covered

21.    Drug spending comprises less than a fifth of total Part B spending, but has continued to grow over the past fifteen years. In 2006, total fee for service (FFS) spending on Part B drugs was

---

[9] "CMS Fast Facts," *CMS.gov*, August 20, 2020, p. 4, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts.
[10] "Medicare Advantage Plans," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/sign-up-change-plans/types-of-medicare-health-plans/medicare-advantage-plans.
[11] Medicare Part B not covered by Medicare Advantage is referred to a Medicare Part B Fee-For-Service (FFS).
[12] "What's Medicare?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.
[13] "Monthly Contract and Enrollment Summary Report," *CMS.gov*, September 2020, available at: https://www.cms.gov/research-statistics-data-and-systemsstatistics-trends-and-reportsmcradvpartdenroldatamonthly/contract-summary-2020-09.
[14] What's Medicare?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.
[15] "CMS Fast Facts," *CMS.gov*, August 20, 2020, p. 5, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts.

$14 billion,[16] representing about 8.3 percent of Part B spending.[17] In 2018, total spending on Part B drugs was $35 billion,[18] representing about 10.4 percent of total Part B spending. [19] The growth of Part B spending over time has been driven primarily by new innovative drugs.[20] These new Part B drugs are more likely to treat small, targeted patient populations, cancer or blood diseases, or are used in diagnostic imaging.[21] Key categories of covered drugs and services include:[22,23]

- *Physician-administered drugs*: Medicare Part B covers drugs that are administered by infusion or injection in physician offices and hospital outpatient settings, which predominantly include oncology products, osteoporosis drugs, blood clotting factors, and immunosuppressive drugs.[24, 25]

[16] "Health Care Spending and the Medicare Program," *MedPAC*, July 2020, Chart 10-1, p. 139, available at: http://www.medpac.gov/docs/default-source/data-book/july2020_databook_entirereport_sec.pdf?sfvrsn=0.
[17] Total expenditures for Part B in 2006 was $169.0b. "2007 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds," *The Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds*, April 23, 2007, Table III.C5 at p. 83, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/downloads/tr2007.pdf.
[18] "Health Care Spending and the Medicare Program," *MedPAC*, July 2020, Chart 10-1, p. 139, available at: http://www.medpac.gov/docs/default-source/data-book/july2020_databook_entirereport_sec.pdf?sfvrsn=0.
[19] Total expenditures for Part B in 2018 was $337.2b. "2019 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds," *The Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds*, Table III.C1 at pp. 76-77, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/Downloads/TR2019.pdf.
[20] "Medicare Part B Expenditures for New Drugs Concentrated among a Few Drugs, and Most Were Costly for Beneficiaries," *U.S. Government Accountability Office*, October 2015, p.19, available at: https://www.gao.gov/assets/680/673304.pdf.
[21] "Medicare Part B Expenditures for New Drugs Concentrated among a Few Drugs, and Most Were Costly for Beneficiaries," *U.S. Government Accountability Office*, October 2015, p.19, available at: https://www.gao.gov/assets/680/673304.pdf.
[22] "Is my test, item, or service covered? Prescription drugs (outpatient)," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/coverage/prescription-drugs-outpatient.
[23] Other categories of treatment that are covered under Medicare Part B include Durable Medical Equipment (DME) supply drugs, some antigens - if they're prepared by a doctor and given by a properly instructed person (who could be the patient) under appropriate supervision, erythropoiesis stimulating agents, oral cancer drugs, oral anti-nausea drugs, parenteral and enteral nutrition, intravenous Immune Globulin (IVIG) provided in the home, and insulin used with insulin pumps.
[24] "Is my test, item, or service covered? Prescription drugs (outpatient)," *Medicare.gov*, 2020, available at https://www.medicare.gov/coverage/prescription-drugs-outpatient.
[25] Medicare Part B does not generally cover drugs that are self-administered infusions or injections, including insulin (unless use of an insulin pump is medically necessary) and insulin pens. "Is my test, item, or service covered? Insulin," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/coverage/insulin.

- *Certain vaccinations*: Flu vaccines, pneumococcal vaccines, hepatitis B vaccines, and other shots related to the treatment of an injury or illness (e.g., tetanus shots)

22.   Specific drugs and the therapeutic value these drugs have contributed to improving the health outcomes and quality of life for patients will be discussed further in Section IV.B.2.

(b)  Medicare Part B drug reimbursement to providers

23.   Medicare currently reimburses Part B drugs based on the Average Sales Price (ASP).[26] The ASP is defined as the "volume-weighted average manufacturer sales price net of all rebates, discounts, and other price concessions to U.S. purchasers," and is regulated primarily by market forces (i.e., the willingness of U.S. purchasers to pay for the drugs and negotiate discounts).[27] These discounts include rebates that are privately negotiated between manufacturers and purchasers.[28] ASP excludes sales that are "exempt from Medicaid 'best price' calculations and sales to other federal purchasers,"[29] including 340B sales as well as sales at nominal charges.[30]

24.   CMS requires manufacturers to calculate the ASP for each drug by national drug code (NDC) every calendar quarter.[31] The same drug can have multiple NDC codes but is associated with one Healthcare Common Procedure Coding System (HCPCS) code; thus CMS calculates a volume-weighted average ASP for each HCPCS code.[32] There is a two-quarter lag between manufacturers submitting their ASP data and CMS calculating and implementing the revised

---

[26] "Medicare Part B Drug Average Sales Price," *CMS.gov*, accessed on December 7, 2020 available at: https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Part-B-Drugs/McrPartBDrugAvgSalesPrice.

[27] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, pp. 2-3, available at https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

[28] "A primer on prescription drug rebates: Insights into why rebates are a target for reducing prices," Milliman, May 21, 2018.

[29] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," ASPE Issue Brief, June 2014, available at https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

[30] The 340B program allows certain entities, such as disproportionate share or critical access hospitals, to receive manufacturer discounts on covered outpatient drugs. *See* "Report to the Congress: Overview of the 340B Drug Pricing Program," *MedPAC*, May 2015, p. VII, available at: http://www.medpac.gov/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf?sfvrsn=0.

[31] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, pp. 2-3, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

[32] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, pp. 2-3, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

Medicare payment rates.[33,34] Thus, under the ASP framework, CMS has no price-setting power because the reimbursement rate lags the market price.[35,36]

25.     Providers purchase Part B drugs under what is known as "buy-and-bill."[37,38] This means that the healthcare providers buy a Part B drug prior to administering the drug to a patient. After administering the drug to a Medicare patient, the provider then invoices Medicare for reimbursement. In addition to the ASP for each drug, Medicare reimburses providers an additional six percent to account for acquisition, handling, administrative, and patient education costs.[39,40,41] If Medicare Part B drug reimbursement is no longer tied to ASP, but rather a lower international reference price, providers' acquisition costs of MFN Rule drugs will be higher than Medicare's reimbursement rates, resulting in a loss for providers and patients.

[33] "Improving Medicare's payment for Part B drugs: Requiring pharmaceutical manufacturer reporting of sales price data," *MedPAC*, June 14, 2019, available at: http://www.medpac.gov/-blog-/requiring-reporting-of-sales-price-data/2019/06/14/payment-for-part-b-drugs.

[34] "Average Sales Price (ASP) for Medicare Part B Established for First-Quarter 2020," *Janssen Biotech, Inc.*, January 2020, available at: https://www.janssencarepath.com/sites/www.janssencarepath.com/files/simponiaria-medicare-part-b-average-sales-price.pdf.

[35] Sheingold, Steven, et al., "Medicare Part B Drugs: Pricing and Incentives." *ASPE Issue Brief*, March 8, 2016, available at: https://aspe.hhs.gov/system/files/pdf/187581/PartBDrug.pdf (2016).

[36] For new drugs without ASP data, Medicare reimbursement is based on the Wholesale Acquisition Cost (WAC), which is the manufacturer's list price. Medicare pays the WAC plus three percent for the first two or three quarters, until an ASP is established. After that point, the reimbursement is set as usual. *See* "Improving Medicare's payment for Part B drugs: Requiring pharmaceutical manufacturer reporting of sales price data," *MedPAC*, June 14, 2019, available at http://www.medpac.gov/-blog-/requiring-reporting-of-sales-price-data/2019/06/14/payment-for-part-b-drugs.

[37] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, p.1, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

[38] Of total 2018 Part B drug spending, physicians accounted for 57 percent ($19.9 billion), hospital outpatient departments accounted for 38 percent ($13.1 billion), and suppliers accounted for 5 percent ($1.9 billion). "A Data Book: Health Care Spending and the Medicare Program," *MedPAC*, July 2020, Chart 10-1, p. 139, available at: http://www.medpac.gov/docs/default-source/data-book/july2020_databook_entirereport_sec.pdf?sfvrsn=0.

[39] "Comparison of U.S. and International Prices for Top Medicare Part B Drugs by Total Expenditures," *U.S. Department of Health and Human Services, Office of the Assistant Secretary for Planning and Evaluation*, October 25, 2018, p. 1, available at:

https://aspe.hhs.gov/system/files/pdf/259996/ComparisonUSInternationalPricesTopSpendingPartBDrugs.pdf.

[40] "While the statutory payment rate remains ASP + 6 percent, the sequestration provisions of the Budget Control Act of 2011 mandate a 2 percent reduction across Medicare expenditures. Because the sequester does not affect the patient copay component of reimbursement, the 2 percent cut means that the effective payment rate for Part B is now ASP + 4.3 percent." *See* Werble, Cole, "Medicare Part B," *Health Affairs Health Policy Brief*, August 10, 2017, available at: https://www.healthaffairs.org/do/10.1377/hpb20171008.000171/full/.

[41] For 340B providers, Medicare reimburses ASP minus 22.5 percent under the Medicare Part B Outpatient Prospective Payment System. *See* "340B Changes: What Biosimilar Manufacturers Need to Know," *AJMC The Center for Biosimilars*, February 19, 2018, available at: https://www.centerforbiosimilars.com/view/340b-changes-what-biosimilar-manufacturers-need-to-know.

(c) Cost sharing with patients

26.    Beneficiaries enrolled in Original Medicare (Medicare Part A and Part B) pay a monthly

premium in addition to out-of-pocket expenses as they utilize Medicare services.[42]

Beneficiaries pay for all services until a specified deductible is met.[43,44] After the deductible

is met, beneficiaries typically pay a 20 percent coinsurance. The coinsurance is

approximately 20 percent of the Medicare-approved amount for most physician services

(including most hospital inpatient physician services), outpatient therapy, and DME.[45]

27.    While patients only pay a fraction of the Medicare costs, the current cost sharing

arrangements (i.e., monthly premiums, deductible, and 20 percent coinsurance) can place a

considerable burden on beneficiaries.[46] To assist with this burden, many beneficiaries also

purchase a Medicare Supplement Insurance policy, known as Medigap. Covered costs

include copayments, coinsurance, deductibles, and medical care when travelling outside the

U.S.[47] Medigap plans often have higher monthly premiums but lower out-of-pocket liability,

compared to Original Medicare.[48] According to America's Health Insurance Plans' (AHIP)

estimates, national Medigap enrollment has been growing in each of the 3 years for which

data are available (2014 through 2017), reaching 13.5 million covered lives in 2017, which is

about 35 percent of all beneficiaries enrolled in Original Medicare.[49] Medicare Advantage

Plans (Part C) are also another option for beneficiaries. Medicare Advantage Plans tend to

---

[42] Most people do not need to pay a premium for Part A because of Medicare taxes paid while working. The standard premium for 2020 is $144.60 per month. "Part A costs," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-a-costs; "Part B costs," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-b-costs.

[43] For Medicare Part A, the hospital inpatient deductible for 2020 is $1,408 for each benefit period. "Medicare costs at a glance," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/medicare-costs-at-a-glance.

[44] For 2020, the annual Part B deductible is $198. "Medicare costs at a glance," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/medicare-costs-at-a-glance.

[45] Part B Costs," Medicare.gov, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-b-costs.

[46] "State of Medigap 2019: Trends in Enrollment and Demographics," America's Health Insurance Plans (AHIP), May 2019, p. 2, available at: https://www.ahip.org/wp-content/uploads/IB_StateofMedigap2019.pdf.

[47] "What's Medicare Supplement Insurance (Medigap)?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/supplements-other-insurance/whats-medicare-supplement-insurance-medigap.

[48] Boccuti, Cristina, "Medigap Enrollment and Consumer Protections Vary Across States," *Kaiser Family Foundation*, July 11, 2018, available at: https://www.kff.org/medicare/issue-brief/medigap-enrollment-and-consumer-protections-vary-across-states/view/footnotes/#footnote-260895-1.

[49] "State of Medigap 2019: Trends in Enrollment and Demographics," America's Health Insurance Plans (AHIP), May 2019, p. 3, available at: https://www.ahip.org/wp-content/uploads/IB_StateofMedigap2019.pdf.

have higher premiums but lower out-of-pocket costs compared to Original Medicare because there is a cap on total out-of-pocket spending.[50] In 2020, 24.1 million, nearly one third of the 67.7 million Medicare beneficiaries, were enrolled in Medicare Advantage Plans,[51] while 56 percent had supplemental coverage (including Medigap, employer-sponsored insurance, and Medicaid), meaning 91 percent had either Medicare Advantage or supplemental coverage.[52] These forms of supplemental coverage offer mechanisms to address patient affordability by reducing or capping out-of-pocket costs, outside of paying premiums.

28.   The remaining 9 percent of Medicare beneficiaries can bear a substantial burden of covering these out-of-pocket costs based on current cost sharing mechanisms. Consequently, some beneficiaries may even forgo treatment or alter their regimen of care to avoid additional financial burden. This could lead to worse health outcomes and higher costs for these patients in the long-run.[53] While lower Part B drug prices would reduce the financial burden on some Medicare beneficiaries treated with such medications by reducing their spending on coinsurance, it would not change their deductible payments,[54] and would only modestly

---

[50] "Understanding Medicare Advantage Plans," Centers for Medicare and Medicaid Services, September 2019, pp. 6, 24, available at: https://www.medicare.gov/Pubs/pdf/12026-Understanding-Medicare-Advantage-Plans.pdf.

[51] Freed, Meredith, Anthony Damico, and Tricia Neuman, "A Dozen Facts About Medicare Advantage in 2020," *Kaiser Family Foundation*, April 22, 2020, available at: https://www.kff.org/medicare/issue-brief/a-dozen-facts-about-medicare-advantage-in-2020/.

[52] Freed, Meredith, Anthony Damico and Tricia Neuman,, "Medicare Beneficiaries Without Supplemental Coverage Are at Risk for Out-of-Pocket Costs Relating to COVID-19 Treatment," Kaiser Family Foundation, April 14, 2020, available at: https://www.kff.org/policy-watch/medicare-beneficiaries-without-supplemental-coverage-are-at-risk-for-out-of-pocket-costs-relating-to-covid-19-treatment/. In 2017, there were an estimated 6 million Medicare beneficiaries without any supplemental coverage. Thus, approximately 91 percent of Medicare beneficiaries have some form of supplemental insurance and 9 percent do not (6 million / 67.7 million). Note that this calculation may be a little skewed as these statistics are from two different but recent years (2017 and 2020). This means that there were approximately 61.7 million beneficiaries with supplemental coverage and 24.1 million of who were associated with Medicare Advantage plans. This indicates that 55 percent of beneficiaries have supplemental coverage that is not Medicare Advantage.

[53] Chandra, Amitabh, Jonathan Gruber, and Robin McKnight. "Patient cost-sharing and hospitalization offsets in the elderly." *American Economic Review*, Vol. 100, No. 1, 2010, pp. 193-213, available at: https://pubs.aeaweb.org/doi/pdfplus/10.1257/aer.100.1.193. This study shows that increases in cost sharing can discourage physician visits and prescription drug use, and increase hospitalization. *See also* Gaynor, Martin, Jian Li, and William B. Vogt. "Is drug coverage a free lunch? Cross-price elasticities and the design of prescription drug benefits," *National Bureau of Economic Research*, No. w12758, December, 2006, available at: https://www.nber.org/system/files/working_papers/w12758/w12758.pdf. This paper shows that increases in copayments on prescription drugs reduces use. It also finds that 35 percent of the expenditure reductions in drug spending are offset by increases in other spending, such as inpatient and outpatient care.

[54] In 2020, the Part B deductible is $198. *See* "Part B costs," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-b-costs.

impact their premiums.[55] As discussed in detail in Section V.B, if the policy goal is to reduce the burden on Medicare beneficiaries, there are more direct ways to do so, including more generous insurance coverage with lower cost sharing.

### B.    MFN Rule Overview

29.    This Medicare context is critical to consider when assessing the intended effects and implications of CMS' MFN Rule. The MFN Rule intends to lower Medicare Part B drug prices to both patients and the government by "aligning payment for Medicare Part B drugs… with international prices and removing incentives to use higher-cost drugs…without adversely affecting quality of care for beneficiaries."[56] In order to decrease drug costs within the U.S., the MFN Rule acknowledges that manufacturers may raise prices outside of the U.S. The MFN Rule is set to be in place for seven years (January 1, 2021 – December 31, 2027) across all U.S. states and territories, and will be assessed quarterly to determine the impact on costs and, beginning prior to year five, the quality of care (including access to drugs).[57]

#### 1.   MFN Rule Drugs

30.    In its first year, which is scheduled to start in just a few weeks, the MFN Rule will regulate the reimbursement of 50 drugs that represent the vast majority of Medicare Part B spending (as measured by allowed charges) after applying certain exclusions (e.g., claims with a place of service of homeless shelter, home, assisted living facility, etc.).[58] The top 50 drugs were identified using HCPCS codes with the largest Medicare Part B spend in 2019.[59] (HCPCS codes are used by CMS to define reimbursement for physician-administered drugs.) HCPCS codes in which a branded product and generic product share the same code are excluded,

---

[55] Medicare Part B drug program spending in 2017 was $24 billion, about 12.5 percent of total Part B program benefit spending for fee-for-service claims. Given this small share, even a meaningful reduction Part B drug spending would only have a modest impact on premiums, as this MFN Rule will not affect the 87.5 percent of Medicare Part B program benefit spending on other services. "Medicare Part B Drugs: Trends in Spending and Utilization, 2006-2017," *Assistant Secretary for Planning and Evaluation (ASPE)*, November 20, 2020, available at: https://aspe.hhs.gov/system/files/pdf/264416/Part-B-Drugs-Trends-Issue-Brief.pdf.
[56] Most Favored Nation (MFN) Model, 85 Fed. Reg. 76180-76259 (Nov. 27, 2020), (hereafter "MFN Rule"), p. 76180.
[57] MFN Rule, p. 76183.
[58] MFN Rule, p. 76191.
[59] MFN Rule, p. 76188.

while biosimilars that have separate HCPCS codes are included.[60,61] These 50 drugs accounted for 75 percent of annual Medicare Part B spending in 2019.[62] In subsequent years the list will be reassessed and additional drugs that account for the top 50 Medicare Part B drugs by total allowed charges may be added. With few exceptions, drugs will not be removed from the list once they are added.[63] The rule will only apply when drugs are separately payable; if drugs included on the list are packaged in certain settings and separately payable in others, "the MFN Model payment only applies to such drugs in settings where separate payments is allowed."[64]

31.   Among drugs included in the list of the 50 drugs for year 1, the most prevalent therapeutic areas are hematology/oncology, rheumatology, and neurology, based on the provider specialties associated with these drugs.[65] Certain types of drugs are excluded from the MFN Rule, including vaccines, radiopharmaceuticals, oral Medicare Part B drugs, compounded drugs that are prepared by outsourcing facilities, intravenous immune globulin products, drugs that are subject to an emergency use authorization or receive FDA approval to treat patients with suspected or confirmed COVID-19, and drugs without specific HCPCS codes.[66] CMS is seeking comments on whether certain drugs should be excluded from the model for the first few years on the market or excluded altogether, including drugs used to treat blood related, plasma derived, and human tissue products,[67] and certain "gene and cell therapies or new drugs for the treatment of rare diseases and conditions."[68]

---

[60] MFN Rule, pp. 76188-9.
[61] Biosimilars are products that are highly similar to an already-approved FDA product. *See* "Biosimilar and Interchangeable Products," *U.S. Food and Drug Administration,* accessed on December 9, 2020, available at: https://www.fda.gov/drugs/biosimilars/biosimilar-and-interchangeable-products#biosimilar.
[62] MFN Rule, p. 76193.
[63] MFN Rule, pp. 76192-3. Reasons for removal from the MFN list include permanent removal from the U.S. market, if a HCPCS code is terminated and no replacement code is provided, or the generic becomes available.
[64] MFN Rule, p. 76189.
[65] MFN Rule, Table 2, p. 76194.
[66] MFN Rule, pp. 76190-2.
[67] MFN Rule, p. 76191. CMS is seeking comments during a 60-day comment period following the January 1, 2021 effective date (see MFN Rule, p. 76248).
[68] MFN Rule, p. 76191.

## 2. *MFN Rule Reference Countries*

32. The MFN Rule will consider countries that were part of the OECD as of October 1, 2020, and have purchasing power parity-adjusted (PPP) GDP per capita that is at least 60 percent of the U.S. For year 1, these countries are Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Iceland, Ireland, Israel, Italy, Japan, Republic of Korea, Luxembourg, Netherlands, New Zealand, Norway, Spain, Sweden, Switzerland, and the United Kingdom.[69]

33. CMS indicates that the most important criteria to consider for reference countries is membership in the OECD and GDP per capita relative to the U.S. According to CMS, membership in the OECD would indicate that these countries "share…the U.S. democratic principles and commitment to market-based economies." [70] However, not all OECD countries uphold these democratic principles in practice. Some OECD countries, for example, Turkey, have economies and market structures that are vastly different from that of the U.S.[71]

34. CMS also indicates that a 60 percent PPP-adjusted GDP per capita cutoff would balance between including countries that have a GDP per capita that is too low, indicating the economies are substantially different from that of the U.S., and having too high of a cutoff such that there would be a small number of reference countries.[72] The threshold, however, is arbitrary, and there is little to suggest that it ensures comparability to the U.S. economy. For example, the U.S. last had a per capita GDP at 60 percent of its current value in the late 1980s;[73] comparing today's U.S. economy with the U.S. economy in the late 1980s for the purposes of drug pricing may not be very informative.

35. In each quarter, the list of reference countries can be adjusted, although the list is expected to remain stable since GDP data are not updated frequently.[74] The MFN price is the lowest

---

[69] MFN Rule, p. 76200.
[70] MFN Rule, p. 76199.
[71] Turkey is listed as a "hybrid regime," between a flawed democracy and authoritarian regime, in the Economist's Democracy Index. *See* "Democracy Index 2019. A year of democratic setbacks and popular protest," *Economist Intelligence Unit*, 2020, p. 17, available at:
https://www.eiu.com/public/topical_report.aspx?campaignid=democracyindex2019.
[72] MFN Rule, p. 76200.
[73] "Real gross domestic product per capita," *FRED Economic Data, Federal Reserve Bank of St. Louis*, accessed on December 9, 2020, available at: https://fred.stlouisfed.org/series/A939RX0Q048SBEA.
[74] MFN Rule, p. 76200.

GDP-adjusted country-level price among the reference countries.[75] CMS acknowledges that, as a consequence of the MFN Rule, the list price in some countries may increase along with greater rebates in an effort to maintain U.S. prices.[76] Thus, to calculate this MFN price, CMS will use prices that adjust for rebates and discounts to the "extent possible, rather than just the list prices."[77]

### 3.   MFN Rule Drug Payment

36.   To price drugs in the first three years of the MFN Rule, there will be a phase-in period, during which the MFN drug payment amount will be a blend of the MFN price and the current method of pricing using ASP.[78,79] In year 1, the price will be determined using a weight of 75 percent of the ASP price and 25 percent of the MFN price; in year 2, using 50 percent of the ASP price and 50 percent of the MFN price; in year 3, using 25 percent of the ASP price and 75 percent of the MFN price; and in years 4 through 7, using 100 percent of the MFN price.[80]

37.   This phase-in structure will be accelerated by an increase in 5 percentage points to the weight of the MFN price if ASP for a given drug increases faster than both the MFN price and inflation.[81] If there are no international prices available for a drug, the MFN drug payment amount will be set to ASP. The MFN drug payment amount will be updated quarterly.[82]

### 4.   Add-on Payment

38.   As previously discussed in Section III.A.2(b), for Part B drugs, CMS currently reimburses providers ASP plus an additional six percent to account for acquisition, handling, and administrative costs. The MFN Rule proposes to replace this six percent with a flat per-dose payment across all of the drugs in the model. At the Rule's initiation, this payment will be $148.73.[83] This per-dose payment was calculated based on 6.1224 percent of the 2019 ASP

---

[75] MFN Rule, p. 76200.
[76] MFN Rule, p. 76196.
[77] MFN Rule, p. 76196.
[78] MFN Rule, pp. 76204-5.
[79] See Section III.A.2(b) for a discussion of how current prices are calculated, using the ASP.
[80] MFN Rule, p. 76205.
[81] MFN Rule, p. 76214.
[82] MFN Rule, p. 76254.
[83] MFN Rule, p. 76217.

for the 50 drugs included in year 1.[84] This add-on payment will be adjusted quarterly for inflation.[85] Beneficiaries will not be responsible for any portion of this add-on payment.[86]

### 5.  *Other Considerations*

39.  The MFN Rule excludes certain providers, including children's hospitals, cancer hospitals, and critical access hospitals,[87] and beneficiaries who receive their insurance coverage through a Medicare Advantage plan.[88] Since Medicare Advantage is excluded from the Rule, these beneficiaries will see no immediate impact on their spending.

40.  The proposed rule will also have an effect on providers enrolled in the 340B Drug Pricing Program. The 340B Drug Pricing Program allows certain statutorily-defined safety net providers, such as disproportionate share or critical access hospitals, to receive manufacturer discounts on covered outpatient drugs.[89] A ceiling price is determined for each outpatient drug administered under the 340B program, which represents the maximum acquisition price the manufacturer can charge a provider. The MFN Rule may introduce a lower price for 340B covered entities, reducing the amount of resources available to treat their patients.[90] There may be a gap between the ceiling price and the MFN Drug Payment Amount, which will lower the amount of resources available to treat patients who are covered by 340B-participating entities.[91] However, in the first year, payment rates to 340B providers will be the same as payments outside the model.[92]

## IV.   ANALYSIS OF MOST FAVORED NATION RULE

41.  Imposing an international reference pricing system on the U.S. pharmaceutical market for MFN Rule drugs will have consequences for both the U.S. and global markets. Manufacturers and providers will face revenue losses from Medicare Part B reimbursements

---

[84] MFN Rule, p. 76217.
[85] MFN Rule, p. 76217.
[86] MFN Rule, pp. 76220.
[87] MFN Rule, p. 76184.
[88] MFN Rule, p. 76183.
[89] "Report to the Congress: Overview of the 340B Drug Pricing Program," *MedPAC*, May, 2015, p. VIII, available at: available at: http://www.medpac.gov/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf?sfvrsn=0.
[90] MFN Rule, p. 76229.
[91] MFN Rule, p. 76229.
[92] MFN Rule, p. 76236.

and, as a result, will make strategic decisions that will have wide-ranging effects on the availability of existing and future treatments for patients.  In order to analyze the consequences of the MFN Rule, it is important to first understand the U.S.'s position in the global pharmaceutical market, incentives for manufacturers to prioritize launching new, innovative products in the U.S., and the benefit U.S. patients receive from having access to these novel therapies.

42.     It is difficult to understate the U.S.'s presence in the global drug market. U.S. spending on pharmaceuticals comprise approximately 41 percent of global spending.[93] As such, the U.S. is central in sustaining and growing the market needed to support continued innovation of life-saving drugs. This is not surprising if one looks at the size of the U.S. economy as a whole—the centrality of the US's role in pharmaceutical markets comes from its disproportionately larger economy. The U.S.'s PPP-adjusted GDP is $19.9 trillion, compared to Japan's PPP-adjusted GDP of $5.4 trillion, Germany's PPP-adjusted GDP of $4.1 trillion, France's PPP-adjusted GDP of $3.0 trillion, and the U.K.'s PPP-adjusted GDP of $2.9 trillion.[94] These are the next four countries out of the MFN reference countries with the greatest GDP. As shown in **Exhibit 1a**, and consistent with the overall strength of the U.S. economy, the U.S.'s level of pharmaceutical spending of $492b in 2019 is more than Japan, Germany, France, the UK, Spain, Canada, Australia, South Korea, and 10 other OECD countries included in the MFN Rule, combined.[95,96] In fact, Japan has the next highest amount in spending compared to the U.S. and its spending only represents 16 percent of U.S. spending. **Exhibit 1b** illustrates the relative market size of various OECD countries compared to the U.S., based on total pharmaceutical spending for both the retail and non-

---

[93] "Global Medicine Spending and Usage Trends: Outlook to 2024," *IQVIA*, March 2020, Exhibit 10, p. 17, available at: https://www.iqvia.com/-/media/iqvia/pdfs/institute-reports/global-medicine-spending-and-usage-trends.pdf?_=1607447495417.

[94] Country Comparison: GDP per capita (PPP), *CIA World Factbook*, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/resources/the-world-factbook/fields/211rank.html; Country Comparison: Population, *CIA World Factbook*, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/the-world-factbook/fields/335rank.html.

[95] IQVIA MIDAS from IQVIA Pricing and Reimbursement Country Guides. Spending does not include all discounts and rebates.

[96] Data was not available for Iceland, Israel, Luxembourg, and New Zealand.

retail channel as reported in IQVIA MIDAS data (the same dataset referenced by CMS to calculate MFN prices).

43.    The outsized importance of the U.S. market is even more apparent in specific therapeutic areas. For example, of the top 50 drugs listed in the MFN Rule, almost half of the drugs are classified as oncology products (23/50). Based on the Anatomical Therapeutic Chemical Classification System Level 3 (ATC3) for these 23 drugs, the U.S. represents 58 percent of sales and 36 percent of units out of the total for the U.S. and 18 of the 22 OECD countries included in year 1 of the MFN Rule.[97]

44.    While in other OECD countries governmental agencies decide which drugs can be reimbursed, and at which price, in the U.S. drug pricing is largely left to market forces. Congressional legislation has aimed to promote market incentives for innovation, while ensuring mechanisms to promote competition and access.  Since 1984, with the passage of the Hatch-Waxman Act, the U.S. provides exclusivity periods during which innovative pharmaceutical companies can seek to recoup R&D investments prior to facing more intense price competition from generic drugs. The Hatch-Waxman Act increased IP protection not only through the exclusivity provisions, but also through patent term restoration (i.e., the length of one patent for the drug could be extended based on half the time in trials and all the time in FDA review--up to a maximum extension of 5 years and resulting in no more than 14 years at the time of drug approval).[98]

45.    Consequently, patients in the U.S. have the fastest and broadest access to newly developed therapies. For example, between 2013 and 2017, drug manufacturers launched 54 new oncology products globally (see **Exhibit 2**). As of 2018, 96 percent of newly approved oncology drugs were available in the U.S. while only 80 percent and 76 percent of these drugs were available in Germany and the U.K. In South Korea, only 46 percent of these drugs were available. The cumulative impact of this earlier access to new drugs is more treatment options overall.

---

[97] Data does not contain information for Denmark, Iceland, and Israel and only includes retail channel data for Luxembourg. As such, these three countries are not included in the analysis.
[98] Boehm, Garth et al., "Development of the generic drug industry in the US after the Hatch-Waxman Act of 1984," *Acta Pharmaceutica Sinica* B, Vol. 3, No. 5, July 18, 2013, pp. 297–311, at 299.

46.    Additionally, the data on the availability of the 50 products in the MFN Rule illustrates that not all of these products are available in the reference countries (**Exhibit 3**). While patients in the U.S. have access to all of the drugs, patients in Germany and the U.K. have access to about 96 percent of the products and patients in New Zealand only have access to 71 percent of the products. Looking at the subset of the 50 products approved in the last five years, there is more variation in the availability of these products in these countries. For example, Rituxan Hycela, which is the subcutaneous administration of rituximab rather than intravenous administration,[99] is only available in the U.S. and the oncology drug Empliciti is not available in about a third of the reference countries. The average accessibility rate for these 9 products approved since 2015 in the OECD reference countries is approximately 81 percent. Of these 9 products, only 4 were available in New Zealand, 5 were available in South Korea, 6 were available in Ireland, 7 were available in 5 countries, and 8 were available in 11 countries.

47.    In addition to availability, the data on the launch date of these 50 products in different countries show that there is substantial variation in the time it takes for drugs to launch in a given country after the drug is first launched globally. **Exhibit 4a** shows that the U.S. not only has access to the most products, but gains access to these products most quickly. 70 percent of these products were first launched in the U.S. On average, products were launched in the U.S. seven months after the first global launch among the U.S. and reference MFN countries. This is twice as fast as the next country Sweden, where the average time was 14 months. The average time between first global launch and subsequent launch was more than four years for Israel, Luxembourg, and Iceland.

48.    It is also helpful to look at the time distribution between first global launch and subsequent launch (**Exhibit 4b**). While the average time between global launch and launch in the U.S. was seven months, 85 percent of the products were launched in the U.S. within six months. Whereas, Norway and Sweden had the next greatest share of products approved between zero and six months, with only 35 and 33 percent, respectively. In the U.K., only 52 percent of the products were available within a year. Thus, the centrality of the U.S. market to the

---

[99] MFN Rule, p. 76201.

pharmaceutical market as a whole allows its patients to have earlier and broader access to innovative and cutting-edge therapies compared to other OECD countries.

49.     When making policy changes that will have such wide-ranging implications for the U.S. market, and thus the pharmaceutical industry as a whole, it is important to realize that the MFN Rule will have significant unintended effects on provider and manufacturer incentives, which will result in harm to patients. In the immediate-term, Medicare beneficiaries will be harmed with restricted access to life-saving medications and providers in the U.S. will be harmed with insufficient reimbursements to sustain their current practices. Manufacturers will make decisions today in response to the MFN Rule that alter their pipeline; consequently, the MFN Rule will hinder innovation of treatments that improve quality of life or that provide a cure, reducing patients' access to future therapies.

## A.     The intended effects of the MFN Rule will not be realized.

50.     As discussed in Section III.B, the MFN Rule is intended to reduce costs to Medicare beneficiaries by reducing reimbursements for Part B drugs, which CMS believes will force manufacturers to reduce drug prices in the U.S. and increase them outside of the U.S. However, the effects on Medicare beneficiary out-of-pocket costs will at best be limited and need to be considered in the context of the harms the MFN Rule will cause to patients due to reduced access to medications.

51.     First, Medicare beneficiaries already have forms of supplemental coverage that help reduce out-of-pocket costs for Medicare Part B drugs. This includes Medigap plans, supplemental employer plans, dual Medicaid eligibility, and Medicare Advantage plans. As stated in Section III.A, 91 percent of Medicare beneficiaries have Medicare Advantage Plans or supplemental coverage.[100] Therefore, the cost sharing burden of Part B drugs is substantially mitigated for all but only a small share of Medicare beneficiaries.

52.     Second, prices in the U.S. for drugs affected by the MFN Rule will not be able to adjust immediately to payers outside of Medicare. Under the acquisition and contracting process for pharmaceuticals in the U.S., providers purchase drugs from wholesalers, who purchase them from manufacturers. The price charged to providers is not dependent on whether the patients

---

[100] See Footnote 52.

served are Medicare or commercial beneficiaries.[101] Thus, even though the Medicare reimbursements to providers will change immediately under the MFN Rule, their acquisition costs will not be able to adjust as quickly. As the complaint states, there are also contractual obligations between payers/group purchasing organizations and manufacturers that cannot be altered at a moment's notice; thus, it is not feasible to adjust prices by the end of the year.[102]

53.    Finally, the administration has argued that in response to the MFN Rule, manufacturers would raise international prices to attenuate the impact of decreasing U.S. prices on revenues. The administration believes that the U.S. currently subsidizes the cost of drugs in countries with price controls and that the MFN Rule will push manufacturers to raise prices outside of the U.S. in such a way that will re-distribute the burden more evenly across countries.[103] CMS states that "manufacturers may realize lower revenue as a result of the MFN Model. It is possible that manufacturers will increase international or domestic drug prices."[104] However, drug prices will not be able to adjust immediately, within the U.S, as mentioned previously, or outside the U.S.

54.    Manufacturers' ability to increase their prices outside the U.S. will be significantly limited due to the pricing policy regimes in the OECD reference countries. **Exhibit 5** outlines some of the different policy choices for a representative subset of reference countries indicated in the Rule, including Australia, Canada, France, Germany, Japan, and the United Kingdom.

---

[101] Lieberman, Steven M. and Paul B. Ginsburg, "CMS's International Pricing model for Medicare Part B drugs: Implementation issues," *Brookings Institution*, July 9, 2019, pp. 3-4, available at: https://www.brookings.edu/blog/usc-brookings-schaeffer-on-health-policy/2019/07/09/cmss-international-pricing-model-for-medicare-part-b-drugs-implementation-issues/#cancel.

[102] Complaint, Association of Community Cancer Centers, on behalf of itself and its members; Global Colon Cancer Association, on behalf of itself and its members; National Infusion Center Association, on behalf of itself and its members; and Pharmaceutical Research and Manufacturers of America, on behalf of itself and its members vs. Alex M. Azar II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. Department of Health and Human Services; Seema Verma, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; Centers for Medicare and Medicaid Services; Brad Smith , in His official capacity as the Director of the Center for Medicare and Medicaid Innovation; Center for Medicare and Medicaid Innovation, The United States District Court For the District of Maryland, CIV. NO. 1:20-cv-03531, December 4, 2020 (hereafter "Complaint"), ¶139. "CMS suggests that providers can avoid these harms by simply purchasing covered drugs at lower prices, but that ignores the existence of pre-negotiated contracts with wholesalers and Group Purchasing Organizations that cannot easily be revised, and that certainly cannot be renegotiated before the MFN Rule begins applying to reimbursement rates on January 1, 2021."

[103] *See, e.g.,* "Remarks by President Trump at Signing of Executive Orders on Lowering Drug Prices," *The White House*, July 24, 2020, available at: https://www.whitehouse.gov/briefings-statements/remarks-president-trump-signing-executive-orders-lowering-drug-prices/.

[104] MFN Model, p. 76243.

This exhibit summarizes, for each country, the healthcare system, main factors determining price (e.g. internal reference pricing, international reference pricing, and cost effectiveness), the role of international reference pricing, and countries included in the reference basket.

55.   The vast majority of these countries have a formal health technology assessment (HTA) agency, which helps determine prices by evaluating factors such as cost effectiveness and additional therapeutic value (see "Main factors determining price" column of **Exhibit 5**). All of these countries have a universal healthcare system, and the majority are publicly funded. The main factors determining price in many of these OECD countries depend on both the results of the HTA and cost of comparators. The HTA process in many OECD countries, such as in Australia, France, and the U.K, are also centralized. In contrast, the U.S. relies on a largely market-based approach to set drug prices, with no centralized HTA process.[105] Multiple commercial payors negotiate with multiple manufacturers and providers to determine confidential prices.[106] With rare exceptions, coverage and reimbursement decisions are also left to individual payors. Other common considerations for prices include internal reference pricing and cost of comparators.

56.   The complex HTA processes and government pricing rules, including international reference pricing, in many OECD countries mean that these countries are willing to deny coverage, giving manufacturers little negotiating power. This dynamic between countries and manufacturers and the intricacies of the HTA processes and reference pricing can result in lengthy negotiations.  Consequently, the complex series of pricing negotiations can often result in substantial delays between regulatory approval and a coverage decision that provides patients with access. This is different than what happens in the U.S., since CMS is required to cover all drugs that are "reasonable and necessary," which typically results in simultaneous approval and coverage.[107] An analysis by the OECD of 31 oncology product-indications approved since 2014 found that there was substantial time between marketing approval and application for coverage and then application for and granting of coverage.

---

[105] In the U.S., ICER is an independent and non-partisan body that play an informal role in the HTA process. *See* "Who We Are," *Institute for Clinical and Economic Review*, accessed on December 9, 2020, available at: https://icer-review.org/about/.

[106] This means that CMS' reimbursed amount of ASP plus the additional six percent indirectly relied on other payors' negotiations.

[107] "Part B Drugs Payment Systems," *MedPAC*, October 2018, available at: http://medpac.gov/docs/default-source/payment-basics/medpac_payment_basics_18_partb_final_sec.pdf.

While the data was only available for a subset of the OECD reference countries and for a subset of oncology products (most of which are not part of the MFN Rule), **Exhibit 6** still illustrates the time it takes a country to apply for and be granted coverage. Notably, after applying for coverage, it took 13 and 16 months for France and Ireland, respectively, to grant coverage for these products. This is substantial time that patients are not able to access these products.

### B.   The MFN Rule will have unintended consequences, including reduced innovation and access barriers to current and future therapies.

57.   The MFN Rule will lead to a number of immediate and long-term unintended consequences that will impact both U.S. and global healthcare markets and will have implications for providers, patients, and pharmaceutical manufacturers. The MFN Rule will immediately place considerable burdens on providers, reduce access to medications, and will influence manufacturer investment decisions that will harm innovation for decades to come.

### 1.   *Immediate consequences impacting providers and patients.*

#### (a)  Harm to Providers

58.   The MFN Rule seeks to alter manufacturer prices by changing the Medicare Part B reimbursement to providers for covered drugs. As I discuss in Section III.A, providers acquire Part B drugs under what is known as "buy-and-bill," purchasing in bulk prior to administration for all patients (both commercial and Medicare) and billing the payer after the patient has been treated. Under the current ASP structure, there is already a substantial burden on providers when drug prices increase because Medicare reimbursements face a two quarter lag before reflecting the increase.[108] The MFN Rule will further divorce Medicare reimbursement from provider acquisition costs. If reimbursements decline faster than acquisition costs and fall below the cost of current inventory, providers will be at risk of not covering the cost of acquiring certain drugs for their Medicare patients. Furthermore, the

---

[108] Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, p. 3, available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4594838/#R2, ("This mismatch between acquisition costs and Medicare reimbursement for a particular drug can result in it being underwater (meaning the buy costs more than the bill) among providers—price increases are borne by outpatient practices until Medicare reimbursements catch up two quarters later.").

MFN Rule will replace the ASP plus six percent add-on payment (described in detail in Section III.B.4) with a fixed-fee that will be inadequate to cover some providers' inventory and administrative costs.[109] Some medicines and specialties will be disproportionately affected by this change. While the MFN Rule will reduce the incentives for some providers to prescribe high-priced medicines, it will simultaneously harm patients who would benefit from these medicines.

59.   In order for providers to ensure they are fully reimbursed for MFN Rule drugs administered to Medicare Part B patients, they must purchase these drugs from manufacturers at or below the MFN reimbursement amount. Prices are determined through individualized contracts and vary substantially from provider to provider, with "large group and institutional practices… [benefitting from] lower drug acquisition costs… [relative to] smaller practices."[110] Even under the ASP reimbursement system, "[m]any small- to medium-size practices recognize that they cannot risk providing new, expensive therapeutics in the office. *An entire clinic can be jeopardized by a failure to be wholly or partially reimbursed in a reasonable time frame for a given dose or cycle of an expensive drug*" (emphasis added).[111] Because the MFN Rule is scheduled to go into effect in just a few weeks, manufacturers will not have sufficient time to work with providers to adjust drug prices. As a result, many providers will realize significant losses from administering MFN Rule drugs that they have already purchased in their inventory. Moreover, for additional drug purchases that providers need to make today, they face uncertainty around whether they will be wholly reimbursed for drugs covered under the MFN Rule and administered to Part B beneficiaries. This uncertainty may force them to limit inventories to avoid debilitating losses, which will increase the risk of drug shortages,

---

[109] For example, analysis included in the MFN Rule Table 8, p. 76219 indicate that, on average, nine different practice types will see decreases in add-on reimbursements under the MFN Rule.

[110] Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, p. 3, available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4594838/#R2

[111] Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, p. 4, available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4594838/#R2, emphasis added to quotation.

especially for therapies that are disproportionately used to treat Medicare patients.[112] CMS acknowledges this by excluding drugs currently in shortage from the list of covered drugs.[113]

60.     Many providers will be further strained by the transition to a fixed add-on payment. Even under the ASP plus system, when margins decreased due to sequestration and the inclusion of prompt pay discounts in the ASP calculation, "[i]ncreasingly, small practices, and even larger ones, report[ed] sending some therapies—and more often certain patients, such as those with Medicaid, Medicare with no supplement, and Medicare Advantage Plans with copays on Part B drugs—to hospitals for infusion."[114] A similar response will be particularly likely for expensive therapies or those that have a high administrative burden, where the per-dose add-on payment does not fully cover the provider's costs. Certain practice types are likely to suffer more than others from the fixed add-on payments. The MFN Rule points out that the following specialties will be negatively impacted on average by the per-dose add-on: hematology/oncology, medical oncology, neurology, hematology, gastroenterology, gynecological/oncology, infectious disease, hematopoietic cell transplantation & cellular therapy, and dermatology.[115] In particular, analyses included in the MFN Rule predict that gynecological/oncology practices will lose an average of 33 percent in Medicare Part B reimbursements with the shift away from ASP-plus pricing to per-dose add-on payments.[116] The per-dose add-on fee for the first quarter of 2021 will be $148.73.[117] Theoretically, if a provider purchases a drug for $5,000 but has carrying costs (e.g., storage) that equate to five percent of the drug's purchase price, this flat fee would be insufficient to cover carrying costs. This could also exacerbate shortages, because providers will be less likely to stock such a medicine to mitigate shortages.

---

[112] Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, p. 3, ("Commercial payers… generally continue to reimburse more generously than Medicare, making practices that have more commercially insured patients less vulnerable to the ASP and its changes over time.").
[113] MFN Rule, p. 76215.
[114] Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, p. 7, available at:
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4594838/#R2.
[115] MFN Rule, Table 8, p. 76219.
[116] MFN Rule, Table 8, p. 76219.
[117] MFN Rule, p. 76217.

61.   In addition to the aforementioned challenges, many physician practices are already struggling
      financially as patients delay care due to COVID-19, and practice costs increase for PPE and
      cleaning supplies. A June 2020 article reported that "73 percent [of 51 U.S. oncology
      practices] said they were limiting surgeries to urgent or essential cases and 53 percent had
      modified dosing regimens to reduce the need for in-person visits. Additionally, 71 percent
      had canceled routine office visits and 14 percent had cut staff. Among those practices that did
      make staffing cuts, they furloughed 29 percent of the staff." Stating further, "[t]here is a
      concern that practices that were hanging on are going to be in a tight space, Ted Okon,
      executive director of the Community Oncology Alliance… said in an interview. 'We're
      going to see some clinics closing. We'll see some clinics bought by hospitals....'"[118] Given an
      already precarious state, these practices may not be able to afford the uncertainty or costs
      associated with shifting to providing care under the MFN Rule.

62.   Financial hardship due to changes in reimbursement policies has historically led many
      oncology practices to merge or be acquired by hospitals.[119] With anticipated losses due to the
      MFN Rule alongside the challenges of COVID-19, this trend is likely to accelerate,
      motivating smaller practices or those treating a disproportionate share of Medicare patients to
      consolidate or seek acquisition by a larger hospitals, or those that benefits from 340B
      pricing.[120] Redirecting patients away from small, local clinics to larger hospitals or
      consolidated clinics in other communities will be especially burdensome in rural and
      underserved areas, where hospitals are already facing space and staff shortages due to

---

[118] Myshko, Denise, "COVID-19 Is Expected to Have Long-term Impact on Oncology Practices," *OncologyLive*, Vol. 21, No. 12, June 25, 2020, available at: https://www.onclive.com/view/covid-19-is-expected-to-have-long-term-impact-on-oncology-practices.

[119] Pifer, Rebecca, "Community oncology practices turn to mergers, private equity to avoid hospital acquisition," *HealthCare Dive*, April 24, 2020, available at: https://www.healthcaredive.com/news/community-oncology-practices-turn-to-mergers-private-equity-to-avoid-hospi/576722/ ("Roughly 1,750 independent community oncology clinics and practices have closed, been acquired by hospitals, merged or reported significant financial struggles since 2008 as financial pressures continue to drive consolidation in the industry at large.").

[120] Pifer, Rebecca, "Community oncology practices turn to mergers, private equity to avoid hospital acquisition," HealthCare Dive, April 24, 2020, ("But the rate of hospitals acquiring community oncology practices has marched along, increasing almost 10 percent between 2018 and 2020 due to financial incentives built into the 340B Drug Discount Program and higher payments to hospitals for cancer care… Over the last twelve years, an average of 9 practices per month have closed, been acquired by a hospital, or merged."). *See also* Tollen, Laura, and Keating, Elizabeth, "COVID-19, Market Consolidation, And Price Growth," August 2020, available at: https://www.healthaffairs.org/do/10.1377/hblog20200728.592180/full/.

COVID-19 and patients have long had limited access to cancer treatment.[121,122] While CMS recognizes that the Rule may be especially detrimental to certain practices and provide a financial hardship exemption for those that meet certain criteria, application for the exemption appears to be burdensome, which may limit the viability of application and likelihood of success.[123]

(b) Harm to Patients

63.   The MFN Rule is an attempt to address rising drug costs for Medicare Part B beneficiaries. However, this rule will result in harm to the very individuals that it is intended to benefit. This harm will come in the form of immediate reduced access to existing live-saving treatments, as well as a reduction in long-term innovation that will prevent the discovery of future therapies.

64.   CMS itself acknowledges the potential for immediate harm, stating that "for drugs with significant use outside of Medicare, manufacturers may be willing to sacrifice utilization and revenue within the model."[124] Access to medication is a critical element of effective healthcare and is indeed one of the metrics that CMS will be monitoring as it measures the impacts of the MFN Rule.[125] Yet the provider challenges that are described in the previous section will immediately disrupt Medicare beneficiary access to drugs under the MFN Rule.

65.   Providers that are unable to carry the cost of more expensive MFN Rule drugs for Medicare beneficiaries may look for ways to treat patients that are not regulated by the MFN Rule. This could include relying on less expensive therapies that may not be the best treatment. Indeed, there is historical precedent for shifts of this nature. The current ASP-based payment formula was established in 2003 as part of the Medicare Modernization Act, which adopted ASP as a reimbursement metric for most Part B products instead of the prior used Average

---

[121] Vestal, Christine, "COVID-19 Patients Swamp Rural Hospitals," *PEW Trusts*, October 20, 2020, available at: https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2020/10/20/covid-19-patients-swamp-rural-hospitals.
[122] In 2020, 66 percent of rural counties did not have an oncologist, representing 32 million Americans. See "State of Cancer Care in America," *American Society of Clinical Oncology*, 2020, available at: https://www.asco.org/research-guidelines/reports-studies/state-cancer-care.
[123] MFN Rule, p. 76222.
[124] MFN Rule, p. 76236. *See also* MFN Rule, Table 11, p. 76237, which shows assumptions on reduced availability that underlie a model of estimated economic impacts of the MFN Rule.
[125] MFN Rule, p. 76221.

Wholesale Price reimbursement metric.[126] There is evidence that this switch from an Average Wholesale Price to an ASP-based system and corresponding loss in provider revenue changed treatment practices.[127] Some providers began administering more services to generate additional revenue, and others began shifting to providing services with greater margins.[128] Reductions in Medicare Part B reimbursements are likely to drive similar changes, especially if changes in manufacturer prices lag the implementation of the MFN Rule. While CMS assumes there may be reduced utilization of affected drugs because providers are no longer incentivized by the higher add-on payment,[129] they neglect to mention that reduced utilization could also be driven by providers switching patients to other available alternatives that are more economically viable because they are not covered under the MFN Rule.[130] Transitions from a physician's preferred treatment choice that represents the best likely outcome for a patient to a second choice that is more economically viable would be immediately harmful to patients.

2. *Lower expected returns will immediately depress investment and harm patients through diminished future innovation*

66.   Investment in pharmaceutical R&D is very risky with a high failure rate. One recent article reported that "overall failure rate in drug development of over 96 percent, including a 90 percent failure rate during clinical development."[131] Large expected payoffs for the small number of success are needed to offset the high failure risk and sunk costs for most development projects in order to incentivize investment. The MFN Rule is targeting the very

---

[126] "H.R.1 - Medicare Prescription Drug, Improvement, and Modernization Act of 2003," *Congress.gov*, December 8, 2003.

[127] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, p. 4, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf, ("As had been expected, the change in the Medicare Part B drug payment system had immediate impacts on the revenues of the affected providers.").

[128] Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, p. 4, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

[129] MFN Rule, p. 76235.

[130] After the introduction of ASP in 2003, Jacobson et al. (2010) found that oncologists seemed to switch from dispensing the drugs that experiences the largest cuts in margin to alternative high-margin drugs. *See* Jacobsen, Mireille et al., "How Medicare's Payment Cuts For Cancer Chemotherapy Drugs Changed Patterns Of Treatment," *Health Affairs*, Vol. 29, No. 7, July 2010, pp. 1391–1399, at 1391.

[131] Hingorani, Aroon, et al., "Improving the odds of drug development success through human genomics: modelling study," *Scientific Reports Nature Research*, Vol. 9, No. 18911, 2019, pp. 1-25, at p. 2, available at: https://www.nature.com/articles/s41598-019-54849-w.

drugs that are successful: those that help many patients, and can command a high price because of the therapeutic value they offer patients. The MFN Rule will have an immediate impact on innovation by signaling to manufacturers and investors that these high value drugs will face a lower return on investment. The R&D decisions by a manufacturer depends on the expected net present value of the investment, which in turn depends on factors such as future prices, future uptake of the drug, failure risk, and manufacturing cost.[132] Innovators will immediately face less favorable terms for their investments, causing them to scale back certain development programs.[133] In addition, investment in early stage assets and biotechnology companies, which currently reflect an increasing share of the biopharmaceutical pipeline development,[134] will be hampered by the same economic logic.

67.     Reducing R&D investment will have adverse effects on drug development and innovation. Both the number of new drugs and the composition of new drugs developed will be affected. The MFN Rule may disproportionately affect the development of new drugs in therapeutic areas that are more likely to be treated with the types of drugs administered through Medicare Part B, such as oncology. The MFN Rule will also disproportionately affect drugs with a "high elasticity of innovation," since certain therapeutic areas are riskier to invest in or have lower expected returns  than others.[135] Considerable economic research has demonstrated the link between the profitability of prescription drugs and incentives for innovation; thus large reductions in drug pricing imposed through MFN Rule will have substantial effects on both the amount of innovation and the composition due to the MFN Rule's focus on Part B drugs. I discuss this further in Section IV.B.2(c). This investment decision-making process will be affected immediately when the MFN rule goes into effect and will impact the next generation of drugs. The potential cost of this forgone innovation is significant and immeasurable because economists do not know what drugs will not be invented and thus, unavailable to patients.

---

[132] Blume-Kohout, Margaret E., and Neeraj Sood, "Market Size and Innovation: Effects of Medicare Part D on Pharmaceutical Research and Development." Journal of Public Economics 97 (2013): 327-336; Bagley, Nicholas, et al., "It's time to reform the Orphan Drug Act," *NEJM Catalyst 4.6*, December 19, 2018.
[133] Bagley, Nicholas, et al., "It's time to reform the Orphan Drug Act," *NEJM Catalyst*, December 19, 2018.
[134] "The Changing Landscape of Research and Development," *IQVIA Institute for Human Data Science*, April 2019, pp. 1-72, at 1.
[135] Dubois, Pierre et al., "Market size and pharmaceutical innovation," *The RAND Journal of Economics*, Vol. 46, No. 4, 2015, pp. 844-871.

68. Innovation can also be hampered through the decline in pharmaceutical revenues that will
    arise from the reassessment of global access strategies. As mentioned earlier, pharmaceutical
    companies have limited ability to raise prices in international markets, counter to what the
    MFN Rule assumes. For starters, if international prices were easily raised, they would have
    already been raised. Most reference markets use some form of government-regulated pricing,
    with the ability to deny coverage of medications. This leaves manufacturers with limited
    bargaining power. Manufacturers thus face a stark choice between accepting government-
    imposed prices and deciding not to sell a product in a given market. Given the prominence of
    the U.S. in the global drug market, manufacturers may choose to exit, or not to launch their
    medications, in countries with small markets where a low government-imposed price could
    lead to a reduced price in the U.S. Not only would this lead to reduced global access to
    important medications, but this would also lead to reduced revenues, and in turn, reduced
    ability to fund future innovative therapies. Exiting countries harms patients in those countries
    and means lower revenues for manufacturers. Over the long-term, revenues would fall even
    more, having a detrimental effect on innovation.

69. The MFN Rule may exacerbate disparities in access to therapies that treat certain racial
    groups with a disproportionately higher burden of a particular disease. For example, sickle
    cell disease (SCD) is more prevalent in the U.S. relative to some other OECD countries,
    because it disproportionately affects African Americans.[136] Development of promising new
    treatments for SCD could be hampered if their future price were anchored to prices in MFN
    Rule countries that value them less due to lower prevalence of this disease.  Similarly, triple-
    negative breast cancer (TNBC) is also shown to be more prevalent among the African
    American population.[137] As a result, prices set in some OECD countries for drugs that treat
    these types of diseases may not reflect the value of those treatments to the U.S. population.
    If drugs that treat these types of disease areas are added to the MFN Rule drug list, their
    future price would be reduced because they are not as valued to patients in some OECD

---

[136] "Sickle Cell Disease," *American Society of Hematology*, accessed on December 9, 2020, available at:
https://www.hematology.org/education/patients/anemia/sickle-cell-disease.
[137] Boyle, P., "Triple-negative breast cancer: epidemiological considerations and recommendations," *Annals of
Oncology*, Vol. 23, Supplement 6, August 12012, pp. vi7-vi12, available at:
https://www.annalsofoncology.org/article/S0923-7534(19)37635-5/fulltext.

countries as they are to patients in the U.S. The lower prices associated with the MFN could reduce incentives to invest in valuable therapies, such as Trodelvy, which the FDA recently granted accelerated approval to for the treatment of patients with TNBC.[138] By affecting innovation incentives and reducing the expected returns on investment for these types of drugs, the long term effects could be particularly harmful and exacerbate health inequities in this country.[139]

### (a)  Innovative therapies currently targeted by MFN Rule

70.    While the MFN Rule was proposed in response to increases in Medicare Part B drug spending,[140] as noted in the Rule, growth in spending does not necessarily reflect increases over time in the costs of the same drugs; it also reflects the launch of new, highly valuable medications that were not available to patients before.[141] According to a recent study of prescription drugs, only a third of pharmaceutical revenues are driven by increases in prices of existing drugs; instead, the vast majority of revenue increase is driven by the entry of novel drugs.[142] A similar dynamic is at play in Medicare Part B. As mentioned earlier, the growth of Part B spending over time has been driven primarily by innovative new drugs, including drugs with an orphan designation, those used to treat cancer or blood diseases, or those used in diagnostic imaging.[143] These innovative drugs are valuable because of the therapeutic benefit they provide U.S. patients in terms of health outcomes and quality of life.

---

[138] "FDA Approves New Therapy for Triple Negative Breast Cancer That Has Spread, Not Responded to Other Treatments," *FDA*, April 22, 2020, accessed on December 8, 2020, available at: https://www.fda.gov/news-events/press-announcements/fda-approves-new-therapy-triple-negative-breast-cancer-has-spread-not-responded-other-treatments.

[139] MFN Rule, p. 76249.

[140] MFN Rule, p. 76180.

[141] MFN Rule, p. 76182.

[142] Kakani, Pragya, Michael Chernew, and Amitabh Chandra, "Rebates in the Pharmaceutical Industry: Evidence from Medicines Sold in Retail Pharmacies in the US," *National Bureau of Economic Research*, Working Paper, No. w26846, 2020, p. 4, available at: https://www.nber.org/papers/w26846.

[143] "Medicare Part B Expenditures for New Drugs Concentrated among a Few Drugs, and Most Were Costly for Beneficiaries," *U.S. Government Accountability Office*, October 2015, available at: https://www.gao.gov/assets/680/673304.pdf.

Indeed, the declining U.S. cancer death rate over the last two decades has been attributed in part to these drugs.[144]

71.   Looking more specifically at the drugs included in year 1 of the MFN Rule, 40 drugs received some type of novel drug indications from the FDA (see **Exhibit 7**). Many of these drugs are indicated for the treatment of cancer and various eye conditions, diseases which are prevalent amongst Medicare Part B beneficiaries. Many of these drugs were first approved in the U.S., approximately 16 percent of these drugs were designated first-in-class therapies, and 34 percent of these drugs were designated breakthrough therapies. Breakthrough therapies means that preliminary clinical evidence indicated that the drug may result in substantial improvement over current therapies.[145] Examples of breakthrough drugs used by Medicare Part B beneficiaries include Keytruda (pembrolizumab), an immunotherapy to treat melanoma, liver cancer, lung cancer, and various other forms of cancer;[146] Opdivo (nivolumab), an immunotherapy to treat lung cancer, melanoma, kidney cancer, and other types of cancer;[147] and Ocrevus (ocrelizumab), which treats multiple sclerosis (MS) and is the only treatment approved by the FDA to treat primary progressive MS.[148]

72.   Another important consideration is that the MFN Rule will widen its reach over time. Even in year 1, CMS estimates that the 50 drugs included in the MFN Rule will account for "approximately 75 percent of annual Medicare Part B drug allowed charges for separately payable drugs."[149] While starting with only 50 drugs, the list of drugs will only grow wider, because drugs can typically only be added and not removed from the list.[150]

---

[144] Advances in therapies for lung cancer have also contributed to the decline in lung cancer mortality. The decline in mortality for non-small-cell lung cancer outpaced the decline in incidence from 2013 to 2016, suggesting that improvements in survival due to improved treatments explain the reduction in mortality. *See* Howlader, Nadia, et al., "The Effect of Advances in Lung-Cancer Treatment on Population Mortality," *New England Journal of Medicine*, Vol.383, No 7, 2020, pp. 640-649.

[145] "Breakthrough Therapy," *FDA.gov*, January 4, 2018, available at: https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/breakthrough-therapy.

[146] "A Breakthrough Immunotherapy That May Help you Face Your Cancer", *Keytruda*, accessed on December 8, 2020, available at: https://www.keytruda.com/.

[147] "OPDIVO Immunotherapy: Giving People a Choice and a Chance Against Their Cancer," *Opdivo*, accessed on December 9, 2020, available at: https://www.opdivo.com/.

[148] "FDA approves new drug to treat multiple sclerosis," *FDA*, March 29, 2017, accessed on December 8, 2020, available at: https://www.fda.gov/news-events/press-announcements/fda-approves-new-drug-treat-multiple-sclerosis.

[149] MFN Rule, p. 76193.

[150] MFN Rule, p. 76192. *See also,* Complaint, ¶ 68.

> (b) Literature has consistently established that reductions in revenues will jeopardize future innovation

73. Considerable research has analyzed the effects of changes in prices and revenues on innovation. Giacotto, Santerre and Vernon (2005) find that a 10 percent increase in the rate of growth of drug prices in the U.S. is associated with an almost six percent increase in growth of R&D intensity.[151] They find that if the government had limited the price growth of drug prices from 1980-2001 to the rate of growth of the consumer price index, there would have been one third fewer drug launches in the global market during that time period. Abbot and Vernon (2007) project that cutting prices by 40 percent to 50 percent in the U.S. will lead to 30 percent to 60 percent fewer R&D projects undertaken.[152] Goldman and Lackdawalla (2018) conclude that if prices for pharmaceuticals in Europe were 20 percent higher (holding prices in the U.S. fixed), the incentives for innovation would increase, and the gains would result in welfare increases of $10 trillion for the U.S. and $7.5 trillion for Europe over the next 50 years.[153]

74. Previous academic work has also found the effect of decreases in market size on innovation. The implementation of the MFN Rule would have a high likelihood of reducing market size, and thus reducing innovation. Acemoglu and Linn (2014) find that a 1 percent decrease in potential market size leads to a 4-6 percent decrease in total number of drugs entering U.S. market.[154] Blume-Kohout and Sood (2013) find that Medicare Part D implementation was associated with a significant increase in R&D for drugs with higher Medicare market share.[155] Dubois et al. (2015) find that a 10 percent reduction in revenue leads to 2.3 percent fewer new chemical entities. They also find that $2.5 billion is needed on average to bring

---

[151] Giaccotto, Carmelo, Rexford E. Santerre, and John A. Vernon, "Drug prices and research and development investment behavior in the pharmaceutical industry," *The Journal of Law and Economics*, Vol. 48, No.1, 2005, pp. 195-214, at 195.

[152] Abbott, Thomas A. and John A. Vernon, "The Cost of US Pharmaceutical Price Regulation: A Financial Simulation Model of R&D Decisions," *Managerial and Decision Economics*, Vol. 28, 2007, pp. 293-306, at 293.

[153] Dana Goldman, Darius Lakdawalla, "The Global Burden of Medical Innovation," *Leonard D. Schaeffer Center for Health Policy & Economics*, University of Southern California, January 2018, available at: https://bit.ly/34dtzXR.

[154] Acemoglu, Daron and Joshua Linn, "Market size in innovation: theory and evidence from the pharmaceutical industry," *The Quarterly Journal of Economics*, Vol. 119, No. 3, 2004, pp. 1049-1090.

[155] Blume-Kohout, Margaret E. and Neeraj Sood, "Market size and innovation: Effects of Medicare Part D on pharmaceutical research and development," Journal of Public Economics, Vol. 9, 2013, pp. 327-336.

one additional drug to the market.[156] Civan and Maloney (2009) find that a 50 percent decrease in U.S. drug prices leads to a 25 percent or larger decrease in the number of drugs in the development pipeline.[157]

75.     Support for the negative, long-term impact of prescription drug reference pricing policies on pharmaceutical innovation also comes from the Congressional Budget Office's (CBO) analysis of H.R.3. While a different scope than the MFN Rule, H.R.3 proposed a reference pricing strategy for drugs reimbursable under Medicare Part D. The policy would have required drug manufacturers to negotiate prices for certain prescription drugs with the Secretary of Health and Human Services.[158] These negotiated prices could not exceed 120 percent of the average prices paid in six foreign markets (Australia, Canada, France, Germany, Japan, and the United Kingdom).[159] The CBO concluded such a reference pricing strategy would have sweeping effects on the pharmaceutical industry, "immediately [lowering] current and expected future revenue for drug manufacturers, [changing] manufacturers' incentives, and [having] broad effects on the drug market."[160] The CBO estimated that the H.R.3 reference pricing policy would have reduced manufacturer revenue by 19 percent: a sizable magnitude that would curtail spending on research and development specifically, leading to fewer new and innovative drugs reaching the market.[161, 162]

---

[156] Dubois, Pierre et al, "Market size and pharmaceutical innovation," *The RAND Journal of Economics*, Vol. 46, No. 4, 2015, pp. 844-871.

[157] Civan, Abdulkadir and Michael T. Maloney, "The Effect of Price on Pharmaceutical R&D," *The B.E. Journal of Economic Analysis & Policy*, Vol. 9, No. 1, 2009.

[158] Each year, the Secretary would choose 25 drugs at minimum to which the reference pricing scheme would be applied. These would be drawn from a list of 125 single source drugs with the highest federal spending in Part D and the highest nest spending in the commercial market. *See,* Swagel, Phillip L, "Re: Effects of Drug Price Negotiation Stemming From Title 1 of H.R. 3, the Lower Drug Costs Now Act of 2019, on Spending and Revenues Related to Part D of Medicare," *U.S. Congress Congressional Budget Office*, October 11, 2019, available at: https://www.cbo.gov/system/files/2019-10/hr3ltr.pdf, p.3 ("CBO 2019a").

[159] For drugs without international comparators, a "maximum fair price" was determined such that it could not exceed 85 percent of the average manufacturer price (the average price charged to wholesalers and pharmacists. Additionally, manufacturers who did comply with the rule would face substantial excise taxes of up to 95 percent of sales for the drug targeted by the Secretary. *See,* CBO 2019a, p. 1.

[160] CBO 2019a, p. 1.

[161] Swagel, Phillip L, "Re: Budgetary Effects of H.R. 3, the Elijah E. Cummings Lower Drug Costs Now Act," *U.S. Congress Congressional Budget Office*, December 10, 2019, available at: https://www.cbo.gov/system/files/2019-12/hr3_complete.pdf, at pp. 6-7 ("CBO 2019b").

[162] CBO 2019b, p. 5 ("[…] the potential global revenues for a new drug over its lifetime would decline as a result of enactment, and in some cases the prospect of lower revenues would make investments in research and development less attractive to pharmaceutical companies. The result would be fewer new drug products developed and coming to market.").

76.    The CBO analysis anticipated a 10 percent reduction in the number of new pharmaceuticals as a result of the decreased revenues from H.R.3, or roughly 30 fewer drugs for every decade the policy was fully in place.[163] The CBO used an implicit "elasticity of innovation" (i.e., the percentage reduction in the number of new drugs developed by manufacturers in response to a 1 percentage point reduction in manufacturer revenue) of approximately 0.53, which indicates for every 10 percent decrease in market size or manufacturer revenue, there is 5.3 percent decrease in the number of drugs reaching patients.[164]

77.    Even though the details and context of the MFN Rule are different from those of H.R.3, the CBO's analysis provides further evidence of the detrimental impacts of reference pricing on innovation. Moreover, the CBO's estimate may have been an underestimate of the effects of H.R.3 on pharmaceutical innovation.[165] Academic journal articles cited by the CBO and discussed above suggest the "elasticity of innovation" could be much higher, meaning that a larger number of new and innovative drugs will no longer be available to patients. Substituting a unit "elasticity of innovation" -- almost double the magnitude of the elasticity implied by the CBO report, but well within the range of elasticities from other references discussed above -- yields an impact on manufacturer output that is twice as large. That means that if the CBO's conservative estimate is off, perhaps 60 new drugs, instead of 30, will not reach the market during each decade the reference price policy is in full effect. This number grows to 100 drugs if we vary other components of the CBO's model, such as the impact of reference pricing policies on manufacturers' revenue, or the baseline number of drugs reaching the market.[166] These calculations do not account for an increase in the general uncertainty of MFN-style pricing rules, such as expanding the number of drugs that it applies to or changing the MFN; such ad hoc changes increase uncertainty, reducing the incentives to invest.

---

[163] CBO 2019b, p. 6.

[164] Calculations in this paragraph are as follows: (10 percent reduction in the number of new pharmaceuticals)/(19 percent reduction in manufacturer revenue) = 0.53 "elasticity of innovation."

[165] CBO 2019b, p. 6 ("The estimates are in the middle of the distribution of possible outcomes, in CBO's assessment, and are uncertain.").

[166] Calculations are as follows: (i) assuming a unit elasticity, assuming the FDA approves 40 new drugs a year yields, and assuming a 25% reduction in manufacturer revenue yields  (1) x (0.25) x (40 drugs/year x 10 years) = 100 drugs not brought to market in the decades the policy is in full effect.

78.     In addition to reductions to the total volume of innovation, the MFN Rule could also affect
        the composition of the types of drugs being innovated. Certain therapeutic areas are
        disproportionately affected from reductions in revenue, because "elasticities of innovation"
        vary across therapeutic areas. Certain therapeutic areas are riskier to invest in than others.
        Previous studies, such as Dubois et al. (2015) have found that there is a higher elasticity for
        drugs targeting sensory organs, the nervous system, and antineoplastic and
        immunomodulating agents.[167] In other words, investment in treatments for conditions such as
        cancer, or Alzheimer's disease, is more likely to be affected. With reduced prices, there will
        be less incentive to invest in these therapeutic areas. In addition, Blume-Kohout and Sood
        (2013) analyze the impact of Medicare Part D legislation on R&D.[168] They find that as a
        result of this legislation, which increased pharmaceutical revenues and sales, drugs with
        higher Medicare Part D market share (such as drugs for Alzheimer's) saw more innovation
        than those with lower Medicare Part D market share.[169] Therefore, the incentive effects were
        targeted at the relevant market segment affected. This suggests that price reductions in
        Medicare Part B drugs could lower innovation in Medicare Part B drugs in particular.

>           (c) The MFN Rule can alter incentives for manufacturers that can further
>               harm patients

79.     Reduced innovation will clearly harm patients through the development of fewer valuable
        new drugs.  In addition to reducing incentives for innovation of new drugs, the MFN rule will
        result in additional harm to patients through other impacts on development incentives.

80.     For instance, subjecting the top 50 Medicare Part B drugs to the MFN Rule is an arbitrary
        designation. From a manufacturer's perspective, there are substantial costs for undertaking
        investments that may result in a drug subsequently being subject to the MFN Rule.
        Manufacturers may have less incentive to conduct clinical trials to expand the indication and
        use of current drugs. New clinical evidence is often developed to support use of an existing
        drug for new diseases or in new patient populations, such as pediatric use. However, for a

---

[167] Dubois, Pierre, et al., "Market size and pharmaceutical innovation," *The RAND Journal of Economics*, Vol. 46, No. 4, 2015, pp. 844-871.
[168] Blume-Kohout, Margaret E., and Neeraj Sood, "Market Size and Innovation: Effects of Medicare Part D on Pharmaceutical Research and Development," *Journal of Public Economics,* Vol. 97, 2013, pp. 327-336.
[169] Blume-Kohout, Margaret E., and Neeraj Sood, "Market Size and Innovation: Effects of Medicare Part D on Pharmaceutical Research and Development," *Journal of Public Economics,* Vol. 97, 2013, pp. 327-336.

drug outside the top 50 MFN drugs, expanding its use and increasing patient access could potentially push the drug into the top 50 and trigger the MFN Rule for that drug, leading to lower profits than if its indication had not been expanded. The benefits of expanding access to the drug through investment in developing new clinical evidence (and potentially expanded FDA approved indications) may not be worth the risk of decreased revenues under the MFN Rule. This would harm patients who could have benefitted from increased access to the drugs as a result of expanded clinical evidence, with resulting peer-reviewed publications or FDA approval.

81.   Manufacturers could also have reduced incentives to expedite the approval and launch of some drugs in the U.S. The list of drugs subject to the MFN Rule is calculated once a year.[170] Therefore, instead of pushing to launch a drug earlier in the year where the drug has a higher chance of earning sufficient revenues to make its way into the top 50, and be subject to regulated prices under the MFN Rule in the next year, manufacturers may be more willing to take more time with launching the drug, and thereby enjoy unregulated pricing for an additional year. While the extra months can seem marginal, many of these drugs are innovative, novel drugs where earlier access can be crucial for improved patient outcomes.

82.   Additionally, the MFN Rule will affect manufacturers' market access strategies, as discussed previously. In making the decision whether and when to enter certain countries, manufacturers will face an increased burden to evaluate market access and launch strategies in reference countries. These additional efforts increases manufacturers' fixed costs, that in turn, reduces manufacturers' return on R&D, further hindering innovation.

83.   First, manufacturers will need to figure out the MFN price for each of their drugs subject to the MFN Rule, including the uncertainty of the price that CMS uses as the country-level price in the MFN Rule countries. Even though CMS acknowledges that to calculate the MFN price, it will use rebates and discounts to the extent possible,[171] it is unclear how exactly CMS plans to do this, and how accurately CMS can determine this net price. In addition to determining the MFN price, manufacturers will also need to determine whether they have the ability to raise the price in other countries, and how that would affect competitors. In the

---

[170] MFN Rule, p. 76192.
[171] MFN Rule, p. 76196

immediate term, this includes obtaining international drug pricing information, adjusting volume data to align with the HCPCS billing unit, and estimating the unit volume of MFN Rule drugs furnished to MFN beneficiaries. These manufacturers will also need to assess alternative pricing strategies and to renegotiate contracts with U.S. customers for each MFN drug. This involves identifying providers and suppliers included and excluded from the MFN Rule, estimating the distribution of beneficiaries across acquiring providers, measuring MFN drugs as a share of total drugs purchased by each acquiring provider, and assessing which adjustments need to be made to ensure providers are able to cover costs. In the longer term, these manufacturers will need to assess the cost and revenue implications of launching in each potential reference country. While this increased fixed cost of global operations may be feasible for large companies, it could discourage smaller manufacturers from entering new countries.

84.    The reductions in R&D investment will be further exacerbated by other arbitrary attributes of the MFN Rule, which increase uncertainty about how Medicare reimbursements will be regulated in the future.  For example, as written, the MFN Rule includes countries whose PPP-adjusted GDP per capita is at least 60 percent of that of the U.S. However, countries whose GDP is 60 percent of the U.S. GDP per capita are very different from the U.S. There is uncertainty about which marginal country could be added to the reference basket from year to year. Because the MFN Rule prices are based on the lowest price in the reference basket, the inclusion of a new country could add further uncertainty to long term investment decisions.


V.    ADDITIONAL CONSIDERATIONS

A.    Drug pricing decision frameworks in other countries are fundamentally different from the U.S. approach to healthcare.

85.    The U.S. approach to funding healthcare is different from the approach in other OECD countries. It reflects, among other principles, a market-based approach to valuation of innovation and clinical and health benefits associated with prescription drugs. Healthcare coverage relies on a combination of public, government-provided healthcare (e.g., Medicare and Medicaid) and private insurance providers (e.g., Blue Cross, United Healthcare). Private insurance is provided primarily by employers. This is in contrast to many OECD countries,

where the government provides universal, single payor coverage, where prices of healthcare services and pharmaceuticals are centrally negotiated (subject to pricing restrictions and regulations).

86. As a result of the largely market-based approach to healthcare, more innovative drugs are available in the U.S., and drugs tend to launch first in the U.S, as discussed in more detail above.[172] The proposed MFN Rule would attempt to import only prices, but ignores the context and valuations in which those prices are established. As discussed above in Section IV.A, **Exhibit 5** outlines some of these different policy choices for many representative reference countries, including universal healthcare coverage and factors determining price that include cost-effectiveness and reference pricing. These differences reflect different value judgments compared to the U.S. Medicare system.

87. To begin with, the use of international reference pricing in reference countries could lead to adopting the prices of countries whose PPP-adjusted GDP per-capita is lower than the 60 percent PPP-adjusted GDP per-capita cutoff that the MFN Rule imposes. For instance, Germany and Ireland include Greece as a reference country. By importing a price from Germany or Ireland, the U.S. could be indirectly also importing the price from Greece, which would violate the stated intention of the MFN Rule.

88. Second, in many OECD countries, the HTA agency determines reimbursement and cost-effectiveness, either formally by calculating a cost per quality-adjusted life-year (QALY), or informally by assessing therapeutic value and cost of comparators. One year of life in perfect health is valued at one QALY, while one year of life at suboptimal health would be valued at below one QALY. The cost per QALY is a cost-effectiveness measure that compares the additional cost of a new treatment, and divides it by the QALY gained.[173] These assessments make judgments on how much an incremental life-year, or additional therapeutic value, is worth, but ignore a variety of other sources of value. For example, patients may care about medicines that reduce the probability of death or blindness even though they don't have the

---

[172] In the U.S., the value proposition for pharmaceuticals is also higher because the value of cost avoidance is higher (i.e., the cost savings of pharmaceuticals associated with, for example, reduced time in hospital or less frequent emergency room visits). Other countries may have a lower value proposition because the cost of hospitalizations and medical care is controlled, leading to a lower value of avoidance.

[173] Kirkdale, R., et al., "The cost of a QALY," *QJM*, Vol. 103, 2010, pp. 715–720, available at: https://doi.org/10.1093/qjmed/hcq081.

disease that the drug treats—these kinds of 'option values' are ignored in HTA analysis. Drugs that do not pass certain thresholds, whether explicit or implicit, will not be reimbursed unless a lower price is offered. This interplay between pricing and access means that if a drug is determined to be priced too high, coverage could be denied. These formal HTA processes are also an added layer for drug approval, and could result in delayed market access. In contrast, in the U.S., there is no formal threshold over which Part B drugs will not be reimbursed.

89.   For instance, taking the example of the U.K., its HTA agency, the National Institute for Health and Care Excellence (NICE), will typically not approve a drug for reimbursement by the NHS if the incremental cost of the drug for every QALY gained is over £30,000 (~$40,000 with current exchange rates).[174] The U.S., however, currently does not have a cost per QALY threshold, and U.S.-based organizations like ICER consider far higher ranges up to $150,000 per QALY. As a result, higher cost drugs do come to market in the United States, but that higher cost reflects the higher value placed on life years gained in this country. Under the MFN Rule, the UK price will serve as a benchmark for prices in the U.S. The U.K. could perhaps tolerate discouraging innovation on certain drugs, if those drugs do not meet the cost per QALY threshold based on a lower value of life. However, this restriction discourages investment in certain drugs that would be considered worthwhile under U.S. standards.

90.   As another example, in Sweden, the HTA agency, Pharmaceutical Benefit Board of the Dental and Pharmaceutical Benefits Agency, makes pricing and reimbursement decisions based on a drug's cost-effectiveness as well as that nation's "human value principle, and [its] need and solidarity principle."[175] Although Sweden has no formal cost per QALY threshold, in recent years, cost-effectiveness has ranged between €35,000 (~$42,000) and €100,000

---

[174] There is a £50,000 threshold for end of life care applicable to some cancer drugs. *See* Paulden, Mike, "Recent amendments to NICE's value-based assessment of health technologies: implicitly inequitable?" *Expert Review of Pharmacoeconomics & Outcomes Research*, 2017, Vol. 17, No. 3, pp. 239-242, available at: https://doi.org/10.1080/14737167.2017.1330152. The GBP to USD conversion rate as of December 10, 2020 was 1.3270. *See* "GBP-USD X-RATE," Bloomberg, accessed December 10, 2020, available at: https://www.bloomberg.com/quote/GBPUSD:CUR.
[175] Moise, Pierre and Elizabeth Docteur, "Pharmaceutical Pricing and Reimbursement Policies in Sweden," *OECD Health Working Papers*, 2007, pp. 1-67, at 16-17.

(~\$120,000) per QALY.[176] Certain higher cost drugs may not meet the cost-effectiveness criteria, but are approved based on Sweden's principles of human dignity and need and solidarity.[177] Sweden's principles state that all people have equal rights and value, and that the needs of groups with more pressing healthcare needs should have more healthcare resources.[178] Similarly to the U.K., higher cost drugs do come to the market, but their approval is based off of Sweden's own value systems, which may be different from those of the U.S.

91.   Thus, under the proposed MFN Rule, the U.S would be importing pricing processes and value judgments that the U.S. has not formally evaluated, much less adopted. These countries have adopted different criteria for quality and outcomes in their value framework, which may be different from value frameworks that are generally accepted in the U.S. For instance, criteria such as the QALY value of incremental quality-adjusted-life-years, which many of the OECD countries use to assess drug pricing, will understate a variety of benefits that ordinary, actual patients value, like the ability of medicines to bridge the gap until the arrival of another medicine, or the insurance value of eliminating the risk of blindness or death. Different countries may also have different rates of reported health problems and different population norms, as measured by the EQ-5D survey.[179]

### B.   Other policies can improve affordability of drugs to seniors with fewer detrimental effects.

92.   The MFN Rule is a crude policy tool that risks many unintended consequences and does not address broader affordability issues across the U.S. healthcare system. The price reductions it imposes are calibrated based on lower values other countries place on the clinical benefits of innovative medications. These price reductions will negatively impact pharmaceutical

---

[176] Ollendorf, Daniel A., et al., "Evaluating and Valuing Drugs for Rare Conditions: No Easy Answers," *Value in Health*, 2018, Vol. 21, pp. 547-552, at 550. The EUR-USD conversion rate as of December 10, 2020 was 1.2134, *see "*EUR-USD X-RATE," *Bloomberg*, accessed December 10, 2020, available at: https://www.bloomberg.com/quote/EURUSD:CUR.

[177] Moise, Pierre and Elizabeth Docteur, "Pharmaceutical Pricing and Reimbursement Policies in Sweden," *OECD Health Working Papers*, 2007, pp. 1-67, at 17 footnote 10.

[178] "Sweden," *The Commonwealth Fund*, June 5, 2020, available at: https://www.commonwealthfund.org/international-health-policy-center/countries/sweden; "IQVIA Pharma Pricing & Reimbursement Country Guide - Sweden," *IQVIA*, December 2019, pp. 1-48, at 4.

[179] Janssen, M. F., et al., "Population norms for the EQ-5D-3L: a cross-country analysis of population surveys for 20 Countries," *The European Journal of Health Economics*, Vol. 20, No. 2, 2019, pp. 205-216.

innovation and lead to reduced access to future medications that will never be developed. In the short run and intermediate run, patients will experience immediate harm from reductions in drug availability, and providers will face further financial pressure on top of that already caused by the COVID-19 pandemic. Neither improves public welfare.

93.     There are other policies that can be used to address affordability, without jeopardizing innovation and harming patients and providers. For example, the U.S. could improve the current health insurance provided and reduce the burden of cost sharing on Medicare beneficiaries. The MFN Rule will not eliminate coinsurance payments for the small share of beneficiaries exposed to them in full, and will only modestly affect the premiums paid by those acquiring supplemental insurance. Removing the cost sharing liability for Original Medicare beneficiaries for the add-on payment is not that meaningful as they are still responsible for 20 percent of the drug cost. Insurance coverage with lower levels of cost sharing will more meaningfully improve affordability, and spread the costs more broadly across the population, rather than solely among those in need of expensive medications. Lower costs sharing has also been found to increase access to medications and compliance.[180]

94.     Cost sharing reduces the use of low-value and unnecessary treatments, by making beneficiaries face more of the costs of the care they receive. Because the medications affected by the proposed MFN Rule are often essential and even life-saving treatments, cost sharing instead serves to reduce affordability rather than unnecessary care. By moving away from the 20 percent coinsurance model, Medicare beneficiaries would receive this care at a more affordable cost without the risk of jeopardizing pharmaceutical innovation. States have taken a diverse array of policy options to address cost sharing, including capping the out-of-pocket drug costs that individuals face.[181] Other alternatives include reducing coinsurance percentages or excluding costs of certain high value treatments from cost-sharing.

95.     Furthermore, there are more effective means than the MFN Rule to align provider incentives with outcomes in a way that increases affordability. If a goal of the proposed MFN Rule is to

---

[180] Goldman, Dana et al., "Prescription Drug Cost Sharing," *RAND Health*, 2009, pp. 1-4, available at: https://www.rand.org/pubs/research_briefs/RB9474.html.
[181] Corlette, Sabrina, Ashley Williams, and Justin Giovannelli, "State Efforts to Reduce Consumers' Cost-Sharing for Prescription Drugs," *The Commonwealth Fund*, November 16, 2015, available at: https://www.commonwealthfund.org/blog/2015/state-efforts-reduce-consumers-cost-sharing-prescription-drugs.

"[r]emove or reduce the financial incentive to prescribe higher-cost drugs more frequently,"[182] in a way that reduces costs for beneficiaries while maintaining the quality of care, alternative payment models would achieve this goal without the type of diminution of innovation and access to care that the MFN Rule will cause.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2020.

_____

Amitabh Chandra
December 10, 2020

---

[182] MFN Rule, p. 76181.

**Appendix A**

# Amitabh Chandra

79 JFK Street
Harvard Kennedy School of Government
Harvard University
Cambridge, Massachusetts 02138                    email: Amitabh_Chandra@Harvard.EDU

**Citizenship**
United States
India (overseas citizen)

**Degrees**

MA     Honorary Degree, Harvard University, 2009

Ph.D   Economics,  University of Kentucky, 2000
             Dissertation: Labor Market Dropouts and the Racial Wage Gap, 1940-1990

BA      Economics, University of Kentucky, 1996

**Employment**

July 2020 - present              John H. Makin Visiting Scholar
                                         American Enterprise Institute

July 2018 - present:            Henry and Allison McCance Family Professor of Business Administration
                                         Faculty Chair, MS/MBA Program in the Life-Sciences
                                         Harvard Business School

July 2015 - present:            Ethel Zimmerman Wiener Professor of Public Policy
                                         Harvard Kennedy School of Government

April 2009     present:        Professor and Director of Health Policy Research
                                         Harvard Kennedy School of Government

October 2009 - present:     Research Associate
                                         National Bureau of Economic Research (NBER)

July 2012 - present             Panel of Health Advisors
                                         Congressional Budget Office

Appendix B

**Previous Positions**

| | |
|---|---|
| July 2012 - 2014 | Visiting Scholar<br>American Enterprise Institute |
| January 2011 - 2012: | Special Commissioner<br>Massachusetts Commission on Provider Price Reform |
| December 2011 - 2019 | Chair Editor and Editor<br>*Review of Economics and Statistics* |
| April 2011 - July  2016 | Consultant<br>Microsoft Research |
| April 2008 - 2015: | Associate Editor<br>*American Economic Journal: Applied* |
| July 2008 - 2012: | Co-Editor<br>*Journal of Human Resources* |
| July 2005   2009: | Assistant Professor<br>Harvard Kennedy School of Government |
| April 2002 - 2009: | Faculty Research Fellow<br>National Bureau of Economic Research (NBER) |
| July 2003 - 2012: | Associate Editor, former Co-Editor<br>*Economics Letters* |
| July 2004 - 2012: | Editorial Board<br>*Forum in Health Economics and Policy* |
| July 2002   2003: | Visiting Assistant Professor<br>MIT Department of Economics |
| July 2000    2005: | Assistant Professor<br>Dartmouth College, Department of Economics |

Appendix A

**Consulting and Advising**

Academic Affiliate, Analysis Group (2020 - present)
Advisory Board of SmithRx  (2018 - present)
Advisory Board of Kyruus     (2015 - present)
Co-Founder, Health Engine   (2013 - present)
Consultant, Precision Health Economics (2013 - 2016)
Consultant, RAND (1999-2000)

**Harvard Committees**

Blavatnik Fellowship in Life-Sciences Entrepreneurship, Advisory Board (2020 - present)
Faculty Chair, MS/MBA Program in Life-Sciences, Harvard Business School, (2019 - )
Faculty Chair, Executive Education Program in Life-Sciences, Harvard Business School, (2019 -)
University Benefits Committee, (2019 - present)
Standing Committee for Global Health and Health Policy (2010 - present)
Area Chair, Social and Urban Policy, Harvard Kennedy School (2012 - 2020)
Steering Committee, Harvard Center for Population and Development Studies (2009 - 2012)
Core Faculty, Harvard Robert Wood Johnson Program on Health and Society (2005 - 2011)
Director,  PhD Admissions in Public Policy, Harvard Kennedy School (2011 - 2015)

**Awards and Recognition**

Elected Member, National Academy of Social Insurance, 2019
National Institute for Health Care Management (NIHCM) Research Award, 2018
George Burch Memorial Speaker, Association of University Cardiologists, 2013
Elected Member, National Academy of Medicine (Institute of Medicine), 2012
American Society of Health Economists, Medal for Best Economist under 40, 2012
Alumni Hall of Fame, Gatton College of Business, University of Kentucky, 2012
Distinguished Economist, Kentucky Economic Association, 2011
Garfield Award (with Douglas Staiger) for Economic Impact on Medical Research Award, 2008
Arrow Award (with Douglas Staiger) for the Best Paper in Health Economics, 2008
Visiting Scholar, Columbia University, October 2008
Distinguished Fellow, RAND Corporation, Bing Center for Health Economics, 2006-2008, 2011
Kentucky Colonel, 2005
NBER/NIA Aging Fellowship, 2005
Rockefeller Social Science Grant, 2002
Nelson Rockefeller Center Fellow, 2001-2002 and 2003-2004
First-Prize, W.E. Upjohn Institute Dissertation Award, 2001
Commonwealth Research Award, 2000
University Dissertation Year Fellowship, 1999
Outstanding Teacher Award, 1999
Kentucky Economic Association, Best Paper Prize, 1998

**Public Service**

Member, Congressional Budget Office Panel of Health Advisors, 2012 - present
Special Commissioner, Massachusetts Commission on Provider Price Reform, 2011 - present
Testimony, US Commission on Civil Rights May 2009
Testimony, US Senate, November 2008
Consultant, National Academy of Medicine (formally, Institute of Medicine), 2002, 2009, 2011, 2014

**Teaching**

| | | |
|---|---|---|
| Econometrics (undergraduate) | | Dartmouth |
| Labor Economics (undergraduate) | | MIT Economics |
| Labor Economics (doctoral) | | MIT Economics |
| US Healthcare Policy (undergraduate and graduate) | | Harvard College |
| | | Harvard Kennedy School |
| Empirical Methods | (MPP/MBA) | Harvard Kennedy School |
| Economics of Global Health | (MPP/MPH) | Harvard Kennedy School |
| Health Care Management | (Executive Education) | Harvard Kennedy School |
| BioPharma Pricing and Innovation | (MBA) | Harvard Business School |
| Transforming Health Care Delivery | (MBA) | Harvard Business School |
| MD-MBA Seminar | (MD/MBA) | Harvard Business School |
| Managing Health Care Delivery | (Executive Education) | Harvard Business School |
| Strategy for Health Care Delivery | (Executive Education) | Harvard Business School |
| Precision Medicine | (Executive Education) | Harvard Business School |

## Papers in Economics

1. "Identifying Sources of Inefficiency in Healthcare," with Douglas Staiger. *Quarterly Journal of Economics* 135(2), May: 785-843

2. "Economic Principles for Medicare Reform" with Craig Garthwaite. *Annals of the American Academy of Political and Social Science* 686, November 2019.

3. "The Orphan Drug Act at 35: Observations and an Outlook for the Twenty-First Century" with Nicholas Bagley, Benjamin Berger, Amitabh Chandra, Craig Garthwaite, and Ariel Dora Stern. in *Innovation Policy and the Economy*, Volume 19, edited by Josh Lerner and Scott Stern, 97 137. University of Chicago Press, 2018.

4. "Characterizing the Drug Development Pipeline for Precision Medicines," with Craig Garthwaite and Ariel Dora Stern. NBER Working-Paper 24025. Forthcoming in *Economic Dimensions of Personalized and Precision Medicine* (Ernst Berndt, Dana Goldman and Jack Rowe, editors).

5. "What Does a Deductible Do? The Impact of Cost-Sharing on Health Care Prices, Quantities, and Spending Dynamics," with Zarek C. Brot-Goldberg, Benjamin R. Handel, Jonathan T. Kolstad. *Quarterly Journal of Economics*, April 2017.

6. "Healthcare Exceptionalism? Performance and Allocation in the U.S. Healthcare Sector," with Amy Finkelstein, Adam Sacarny, Chad Syverson. *American Economic Review*, August 2016.

7. "Sources of Inefficiency in Healthcare and Education," *American Economic Review* Papers and Proceedings 106(5), May 2016, with Douglas Staiger.

8. "Productivity Dispersion in Medicine and Manufacturing," *American Economic Review* Papers and Proceedings 106(5), May 2016, with Amy Finkelstein, Adam Sacarny, Chad Syverson.

9. "Is This Time Different? The Slowdown in US Healthcare Spending," with Jonathan Holmes and Jonathan Skinner. *Brookings Papers on Economic Activity*, Fall 2013.

10. "The impact of patient cost-sharing on low-income populations: evidence from Massachusetts." *J Health Econ* 2014. Jan;33:57-66. doi: 10.1016/j.jhealeco.2013.10.008. PMID: 24287175, with Jonathan Gruber and Robin McKnight.

11. "Technology Growth and Expenditure Growth in Healthcare," *Journal of Economic Literature* September 2012 with Jonathan Skinner.

12. "Saving Money or Just Saving Lives? Improving the Productivity of U.S. Health Care Spending," *Annual Review of Economics* September 2012, with Katherine Baicker and Jonathan Skinner.

13. "Who Ordered That? The Economics of Treatment Choices in Medical Care," *Handbook of Health Economics*, Volume II: 397-432, with David Cutler and Zirui Song. 2012.

14. "The Pragmatist's Guide to Comparative Effectiveness Research," *Journal of Economic Perspectives* 25 (2), Spring 2011, with Anupam Jena and Jonathan Skinner.

15.    "Patient Cost Sharing in Low Income Populations." *American Economic Review*, Papers and Proceedings May 2010, 100(2): 303 08, with Jonathan Gruber and Robin McKnight.

16.    "Patient Cost-Sharing and Hospitalization Offsets in the Elderly," *American Economic Review* March 2010, 193-213, with Jonathan Gruber and Robin McKnight.

17.    "Understanding Agglomeration Economies in Healthcare," in *Agglomeration Economics*, Edward Glaeser (Editor). 211-236 National Bureau of Economic Research, Inc, with Katherine Baicker.

18.    "Productivity Spillovers in Healthcare: Evidence from the Treatment of Heart Attacks," *Journal of Political Economy* February 2007, with Douglas Staiger, pp. 103-140.

19.    "The Labor Market Effects of Rising Health Insurance Premiums," *Journal of Labor Economics* July 2006, with Katherine Baicker, pp. 609-634.

20.    "Disability Risk and the Value of Disability Insurance," in David Culter  and David Wise (Editors), *Health In Older Ages: The Causes and Consequences of Declining Disability Among the Elderly*. University of Chicago Press, 2006, with Andrew Samwick.

21.    "The Effect of Malpractice Liability on the Delivery of Health Care" in David M. Cutler and Alan M. Garber (Eds.) *Frontiers of Health Policy Research* Vol 8, 2005, with Katherine Baicker, Article 4.

22.    "The Consequences of the Growth in Health Insurance Premiums," *American Economic Review*, Papers and Proceedings 94(2), May 2005, with Katherine Baicker, pp. 214-218.

23.    "Iatrogenic Specification Error: A Cautionary Tale of Cleaning Data," *Journal of Labor Economics*, April 2005, with Christopher Bollinger, pp. 235-257.

24.    "The Productivity of Physician Specialization: Evidence from the Medicare Program" *American Economic Review*, Papers and Proceedings  93(2), May 2004, with Katherine Baicker, pp. 357-361.

25.    "Children, Nondiscriminatory Provision of Fringe Benefits, and Household Labor Market Decisions," *Research in Labor Economics* 22(1), 2003, with Mark C. Berger, Dan A. Black, and Frank A. Scott, pp. 309-349.

26.    "Labor Market Dropouts and the Racial Wage Gap: 1940-1990" *American Economic Review*, Papers and Proceedings 89(2), May  2000, pp. 333-338.

27.    "Does Public Infrastructure Affect Economic Activity? Evidence from the Interstate Highway System" with Eric Thompson, *Regional Science and Urban Economics* 30(4), July 2000, 457-490.

28.    "Health Insurance Coverage of the Unemployed: COBRA and the Potential Effects of Kassebaum-Kennedy," *Journal of Policy Analysis and Management* 18(3), Summer 1999, with Mark C. Berger, Dan A. Black and Frank A. Scott, pp. 430-448.

29.    "Taxes and the Timing of Births," *Journal of Political Economy* 107(1), February 1999, with Stacy Dickert-Conlin, pp. 161-177.

30.     "Profiling Workers for Unemployment Insurance," in David D. Balducchi (Ed.). *Worker Profiling and Reemployment Services Systems.* U.S. Department of Labor, 1997, (Washington, D.C.: Government Printing Office), with Mark C. Berger and Dan A. Black, pp. 47-54.

**Papers in Health Policy**

31.     Baicker, Katherine, and Amitabh Chandra. "What Values and Priorities Mean for Health Reform." *New England Journal of Medicine* 383, no. 15 (October 8, 2020).

32.     Grischkan, Justin A., Ari B. Friedman, and Amitabh Chandra. "Moving the Financing of Graduate Medical Education Into the 21st Century." *JAMA, the Journal of the American Medical Association* 324, no. 11 (September 15, 2020).

33.     Pian, Julia, Amitabh Chandra, and Ariel Dora Stern. "The Past, Present, and (Near) Future of Gene Therapy and Gene Editing." *NEJM Catalyst Innovations in Care Delivery* 1, no. 5 (September  October 2020).

34.     Baicker, Katherine, and Amitabh Chandra. "Do We Spend Too Much on Health Care?" *New England Journal of Medicine* 383, no. 7 (August 13, 2020): 605  608.

35.     Kakani, Pragya, Amitabh Chandra, Sendhil Mullainathan, and Ziad Obermeyer "Allocation of COVID-19 Relief Funding to Disproportionately Black Counties." *JAMA, the Journal of the American Medical Association* 324, no. 10 (September 8, 2020): 1000  1003.

36.     McCormack, Grace, Christopher Avery, Ariella Kahn-Lang Spitzer, and Amitabh Chandra. "Economic Vulnerability of Households with Essential Workers." *JAMA, the Journal of the American Medical Association* 324, no. 4 (July 28, 2020): 388  390.

37.     Chandra, Amitabh, Mark Fishman, and Douglas Melton. "A Detailed Plan for Getting Americans Back to Work." *Harvard Business Review* Digital Articles, April 1, 2020.

38.     Khullar D, Fisher J, Chandra A. Trickle Down Innovation and the Longevity of Nations. *Lancet*. 2019 Jun 1;393(10187):2272-2274.

39.     Bagley, Nicholas, Amitabh Chandra, Craig Garthwaite, and Ariel Dora Stern. "It's Time to Reform the Orphan Drug Act." NEJM Catalyst (December 19, 2018).

40.     Baicker K, Chandra A. Challenges in Understanding Differences in Health Care Spending Between the United States and Other High-Income Countries. JAMA. 2018 Mar 13;319(10):986-987. doi: 10.1001/jama.2018.1152. PubMed PMID: 29536082.

41.     Skinner J, Chandra A. Health Care Employment Growth and the Future of US Cost Containment. JAMA. 2018 May 8;319(18):1861-1862. doi: 10.1001/jama.2018.2078. PubMed PMID: 29710344.

42.     Baicker K, Chandra A. Evidence Based Health Policy. *New England Journal of Medicine*. December 21, 2017. doi: 10.1056/NEJMp1709816.

43.     Chandra, Amitabh and Garthwaite, Craig. The Economics of Indication-Based Drug Pricing. *New England Journal of Medicine*. July 13; 377(2):103-106. doi: 10.1056/NEJMp1705035.

44.     Stern AD, Alexander BA, Chandra A. The Economics of Precision Medicine. *Science.* March 16, 2017. doi: 10.1126/science.aai8707.

45.     Chandra A and Sachs RE. An FDA Commissioner for the 21st Century. *New England Journal of Medicine*. April 13;376(15):e31. doi: 10.1056/NEJMp1703979.

46.     Chandra, A, Frakes M, Malani A. Challenges To Reducing Discrimination And Health Inequity Through Existing Civil Rights Laws. *Health Affairs.*   2017; 36(6):1041-1047. doi: 10.1377/hlthaff.2016.1091.

47.     John Schupbach Amitabh Chandra Robert S. Huckman. A Simple Way to Measure Health Care Outcomes. Harvard Business Review. December 8, 2016. https://hbr.org/2016/12/a-simple-way-to-measure-health-care-outcomes

48.     Amitabh Chandra, Amy Finkelstein, Adam Sacarny, Chad Syverson. Perhaps Market Forces Do Work in Health Care After All. Harvard Business Review. December 5, 2016. https://hbr.org/2016/12/research-perhaps-market-forces-do-work-in-health-care-after-all

49.     Sahni NR, Dalton M, Cutler DM, Birkmeyer JD, Chandra A. Surgeon specialization and operative mortality in United States. *British Medical Journal*. 2016 July 21;354:i3571. doi: 10.1136/bmj.i3571. PubMed PMID: 27444190; PMCID: PMC4957587.

50.     Skinner J, Chandra A. The Past and Future of the Affordable Care Act. *JAMA*. 2016 Aug 2;316(5):497-9. doi: 10.1001/jama.2016.10158. PubMed PMID: 27400390.

51.     Chandra A, Shafrin J, Dhawan R. Utility of Cancer Value Frameworks for Patients, Payers, and Physicians. *JAMA*. 2016 May 17;315(19):2069-70. doi: 10.1001/jama.2016.4915. PubMed PMID: 27187295.

52.     Chandra A, Vanderpuye-Orgle J. Competition in the Age of Biosimilars. *JAMA*. 2015 Jul 21;314(3):225-6. doi: 10.1001/jama.2015.6170. PubMed PMID: 26197179.

53.     Baicker K, Chandra A. The Veiled Economics of Employee Cost Sharing. *JAMA Internal Medicine*. 2015 Jul;175(7):1081-2. doi: 10.1001/jamainternmed.2015.1109. PubMed PMID: 25938672.

54.     Yasaitis LC, Berkman LF, Chandra A. Comparison of self-reported and Medicare 28;131(17): claims-identified acute myocardial infarction. *Circulation*. 2015 Apr 1477-85

55.     Chandra A, Snider JT, Wu Y, Jena A, Goldman DP. Robot-assisted surgery for kidney cancer increased access to a procedure that can reduce mortality and renal failure. *Health Affairs* (Millwood). 2015 Feb;34(2):220-8. doi: 10.1377/hlthaff.2014.0986. PubMed PMID: 25646101.

56.     Chandra A, Khullar D, Lee Thomas H. Addressing the challenge of gray-zone medicine. *N Engl J Med*. 2015 Jan 15;372(3):203-5. PubMed PMID: 25587945.

57. Goldman, Dana, Amitabh Chandra and Darius Lakdawalla. It's Easier to Measure the Cost of Health Care than Its Value. Harvard Business Review. November 18, 2014. Available at https://hbr.org/2014/11/its-easier-to-measure-the-cost-of-health-care-than-its-value.

58. Yasaitis LC, Bubolz T, Skinner JS, Chandra A. Local population characteristics and hemoglobin A1c testing rates among diabetic medicare beneficiaries. *PLoS One*. 2014 Oct 31;9(10). PubMed PMID: 25360615; PubMed Central PMCID: PMC4215926.

59. Chen C, Scheffler G, Chandra A. Readmission penalties and health insurance expansions: A dispatch from massachusetts. *J Hosp Med* 2014 Jun 19. PubMed PMID: 24945696.

60. Chandra A, Khullar D, Wilensky GR. The economics of graduate medical education. *New England Journal of Medicine* 2014 Jun 19;370(25):2357-60. doi: 10.1056/NEJMp1402468. Epub 2014 May 14. PubMed PMID: 24826947.

61. Seabury SA, Chandra A, Jena AB. Gender income disparities can be explained by alternative factors--reply. *JAMA Intern Med*. 2014 May;174(5):822-3. doi: 10.1001/jamainternmed.2014.35. PubMed PMID: 24799008.

62. Mangalmurti S, Seabury SA, Chandra A, Lakdawalla D, Oetgen WJ, Jena AB. Medical professional liability risk among US cardiologists. *Am Heart J*. 2014 May;167(5):690-6. doi: 10.1016/j.ahj.2014.02.007. Epub 2014 Feb 26. PubMed PMID: 24766979.

63. McKellar MR, Naimer S, Landrum MB, Gibson TB, Chandra A, Chernew M. Insurer market structure and variation in commercial health care spending. *Health Serv Res*. 2014 Jun;49(3):878-92. doi: 10.1111/1475-6773.12131. Epub 2013 Dec 5. PubMedPMID: 24303879.

64. Seabury SA, Chandra A, Jena AB. Trends in the Earnings of Male and Female Health Care Professionals in the United States, 1987 to 2010. *JAMA Intern Med*. 2013 Sep 2. PubMed PMID: 23999898.

65. Chandra A, Dalton MA, Holmes J. Large increases in spending on postacute care in Medicare point to the potential for cost savings in these settings. *Health Affairs* 2013 May;32(5):864-72. PubMed PMID: 23650319; PubMed Central PMCID: PMC3675656.

66. Jena AB, Chandra A, Seabury SA. Malpractice risk among US pediatricians. *Pediatrics*. 2013 Jun;131(6):1148-54. May  PubMed PMID: 23650293; PubMed Central PMCID: PMC3666113.

67. Seabury SA, Chandra A, Lakdawalla DN, Jena AB. On average, physicians spend nearly 11 percent of their 40-year careers with an open, unresolved malpractice claim. *Health Affairs* (Millwood). 2013 Jan;32(1):111-9.

68. Seabury SA, Jena AB, Chandra A. Trends in the earnings of health care professionals in the United States, 1987-2010. *JAMA*. 2012 Nov 28;308(20):2083-5.  PubMed PMID: 23188021.

69. Winter HS, Mossialos E, Naci H, Chandra A, Salojee H, Yamashiro Y, Bhutta ZA, Uauy R, Corvalan C. The economics of health care delivery. *J Pediatrics Gastroenterol Nutr*. 2012 Nov;55(5):482-8. PubMed PMID: 22995868.

70.    Jena AB, Chandra A, Lakdawalla D, Seabury S. Outcomes of Medical Malpractice Litigation Against US Physicians. *Arch Intern Med.* 2012 Jun 11;172(11):892-4. PubMed PMID: 22825616.

71.    Baicker K, Chandra A. The health care jobs fallacy. *New England Journal of Medicine.* 2012 Jun 28;366(26):2433-5. Epub 2012 Jun 6. PubMed PMID: 22670868.

72.    Seabury S, Chandra A, Lakdawalla D, Jena AB. Defense costs of medical malpractice claims. *New England Journal of Medicine* 2012 Apr 5;366(14):1354-6. PubMed PMID: 22475613.

73.    Lee, J., Arokiasamy, P., Chandra, A., Hu, P., Liu, J., and Feeney, K. (2012). Markers and Drivers: Cardiovascular Health of Middle Age and Older Indians. In *Aging in Asia: Findings from New and Emerging Data Initiatives*. Committee on Policy Research and Data Needs to Meet the Challenge of Aging in Asia. J.P. Smith and M. Majmundar, Eds.  Washington, DC:  The National Academies Press, forthcoming.

74.    Alhassani A, Chandra A, Chernew ME. The Sources of the SGR "Hole". *New England Journal of Medicine.* 2012 Jan 26; 4.  PubMed PMID: 22187962.

75.    Chen, C, Scheffler G, Chandra A. Massachusetts Healthcare Reform and Emergency Department Utilization. *New England Journal of Medicine*. 2011 Sept 7; 3.

76.    Jena AB, Seabury S, Lakdawalla D, Chandra A. Malpractice risk according to physician specialty. New England Journal of Medicine. 2011 Aug 18; 365(7): 629-36. PubMed PMID: 21848463.

77.    Hanson JL, Chandra A, Wolfe BL, Pollak SD. Association between Income and the Hippocampus. PLoS ONE 6(5) 2011: e18712. doi:10.1371/journal.pone.0018712.

78.    Chandra A, Gruber J, McKnight R. The Importance of the Individual Mandate: Evidence from Massachusetts. New England Journal of Medicine. 2011 Jan 12. PubMed PMID: 21226568.

79.    Bynum JP, Fisher ES, Song Y, Skinner J, Chandra A. Measuring racial disparities in the quality of ambulatory diabetes care. Medical Care. 2010 Dec; 48(12):1057-63. PubMed PMID: 21063231; PubMed Central PMCID: PMC3005338.

80.    Mello MM, Chandra A, Gawande AA, Studdert DM. National costs of the medical liability system. Health Affairs. 2010 Sep;  29(9): 1569-77. PubMed PMID: 20820010.

81.    Block JP, Chandra A, McManus KD, Willett WC. Point-of-purchase price and education intervention to reduce consumption of sugary soft drinks. American J Public Health. 2010 Aug; 100(8); 1427-33. PubMed PMID: 20558801.

82.    Chernew ME, Sabik LM, Chandra A, Gibson TB, Newhouse JP. Geographic correlation between large-firm commercial spending and Medicare spending. American J Managed Care. 2010 Feb; 16(2): 131-8. PubMed PMID: 20148618.

83.    Baicker K, Chandra A. Uncomfortable arithmetic--whom to cover versus what to cover. New England Journal of Medicine. 2010 Jan 14; 362(2): 95-7. PubMed PMID:20018964.

84.     Chernew ME, Sabik L, Chandra A, Newhouse JP. Ensuring the fiscal sustainability of health care reform. New England Journal of Medicine. 2010 Jan 7; 362(1): 1-3.  PubMed PMID: 20007553.

85.     Baicker K, Chandra A. A trillion-dollar geography lesson. Health Affairs. 2009 Sep-Oct; 28(5): 1448-51. PubMed PMID: 19738262.

86.     Chernew ME, Sabik L, Chandra A, Newhouse JP. Would having more primary care doctors cut health spending growth? Health Affairs. 2009. Sep-Oct; 28(5): 1327-35. PubMed PMID: 19738248.

87.     Yasaitis L, Fisher ES, Skinner JS, Chandra A. Hospital quality and intensity of spending: is there an association? Health Affairs. 2009 Jul-Aug; 28(4): w566-72.  PubMed PMID: 19460774.

88.     Chandra A. Who You Are and Where You Live: Race and the Geography of Healthcare. Medical Care. February 2009.

89.     Baicker K, Chandra A. Myths and misconceptions about U.S. health insurance. Health Affairs. 2008 Nov-Dec; 27(6): w533-43. PubMed PMID: 18940834.

90.     Landrum MB, Meara ER, Chandra A, Guadagnoli E, Keating NL. Is spending more always wasteful? The appropriateness of care and outcomes among colorectal cancer patients. Health Affairs. 2008 Jan-Feb; 27(1): 159-68. PubMed PMID: 18180491.

91.     Baicker K, Fisher ES, Chandra A. Malpractice liability costs and the practice of medicine in the Medicare program. Health Affairs. 2007 May-Jun; 26(3): 841-52. PubMed PMID: 17485765.

92.     Jha AK, Staiger DO, Lucas FL, Chandra A. Do race-specific models explain disparities in treatments after acute myocardial infarction? American Heart Journal. 2007 May; 153(5): 785-91. PubMed PMID: 17452154.

93.     Baker LC, Afendulis CC, Chandra A, McConville S, Phibbs CS, Fuentes-Afflick E. Differences in neonatal mortality among whites and Asian American subgroups: evidence from California. Archives Pediatrics Adolescent Medicine. 2007 Jan; 161(1): 69-76. PubMed PMID: 17199070.

94.     Baicker K, Buckles KS, Chandra A. Geographic variation in the appropriate use of cesarean delivery. Health Affairs. 2006 Sep-Oct; 25(5): w355-67. PubMed PMID: 16895942.

95.     Skinner J, Chandra A, Staiger D, Lee J, McClellan M. Mortality after acute myocardial infarction in hospitals that disproportionately treat black patients. Circulation. 2005 Oct 25; 112(17): 2634-41. PubMed PMID: 16246963.

96.     Chandra A, Nundy S, Seabury SA. The growth of physician medical malpractice payments: evidence from the National Practitioner Data Bank. Health Affairs. 2005 Jan-Jun;Suppl Web Exclusives:W5-240-W5-249. PubMed PMID:15928255.

97.     Baicker K, Chandra A, Skinner JS. Geographic variation in health care and the problem of measuring racial disparities. Perspectives in Biology and Medicine. 2005 Winter; 48(1): S42-53. PubMed PMID: 15842086.

98.     Barnato AE, Lucas FL, Staiger D, Wennberg DE, Chandra A. Hospital-level racial disparities in acute myocardial infarction treatment and outcomes. Medical Care. 2005 Apr; 43(4): 308-19. PubMed PMID: 15778634.

99.     Baicker K, Chandra A, Skinner JS, Wennberg JE. Who you are and where you live: how race and geography affect the treatment of medicare beneficiaries. Health Affairs. 2004; 33-44. PubMed PMID: 15471775.

100.    Baicker K, Chandra A. Medicare spending, the physician workforce, and beneficiaries' quality of care. Health Affairs. 2004 Jan-Jun:W4-184-97. PubMed PMID: 15451981.

101.    Chandra A, Skinner JS. Geography and Racial Health Disparities," in Norman B. Anderson, Rodolfo A. Bulatao and Barney Cohen (Eds). *Critical Perspectives: on Racial and Ethnic Differences in Health in Late Life*, National Research Council 2004 (The National Academies Press: Washington D.C.). pp. 604-642.

## Published Commentaries

102.    Chandra, Amitabh. "Can We Afford More Health Care?" Review of The Cost Disease: Why Computers Get Cheaper and Health Care Doesn't, by William J. Baumol. *Science*, 341.6143, July 2013: 239.

103.    "The Value of Progress against Cancer in the Elderly, by Jay Bhattacharya, Alan Garber, Matthew Miller and Daniella Perlroth" in David A. Wise (Editor) *Investigations in the Economics of Aging* University of Chicago Press.

104.    "Childhood Health and Differences in Late Life Health Outcomes between England and Wales, by James Banks, Zoe Oldfield and James Smith" in David A. Wise (Editor) I*nvestigations in the Economics of Aging* University of Chicago Press.

105.    Chandra A, Vogl TS. Rising up with shoe leather? A comment on Fair Society, Healthy Lives (the Marmot Review). *Social Science and Medicine*. 2010 Oct;71(7):1227-30. PubMed PMID: 20692755.

106.    "Richard Cooper Analysis is Incorrect," *Health Affairs* December 2008, with Katherine Baicker, pp. w116-118.

107.    "The Elusive Connection Between Health Care Spending and Quality" *Health Affairsairs* December 2008, with Jonathan Skinner, Elliott Fisher, and David Goodman, w119-123.

108.    "Aging and Death under a Dollar a Day," by Abhijit Banerjee and Esther Duflo, in David A. Wise (Editor). *Economics of Aging*, University of Chicago Press, forthcoming (Conference at the Boulders, AZ in May 2007), with Heidi Williams.

109.   "Income, aging, health and wellbeing around the world: Evidence from the Gallup World Poll," by Angus Deaton, in David A. Wise (Editor). *Economics of Aging*, University of Chicago Press, forthcoming (Conference at the Boulders, AZ in May 2007), with Heidi Williams.

110.   "Health and Well-being in Udaipur and South Africa," by Angus Deaton and Anne Case, in David A. Wise (Editor). *Developments in the Economics of Aging*, University of Chicago Press 2007, forthcoming (Conference at the Boulders, AZ in May 2005).

111.   "The Metrics of the Physician Brain Drain" *New England Journal of Medicine* 354, February 2, 2006, pp. 528-30.

112.   "Consequences of Selling a Kidney in India," *Journal of the American Medical Association* 289, 2003, pp. 697-98.


**Opinion Pieces**

113.   Chandra, Amitabh. "Scale the Price of a coronavirus vaccine by the harm it averts," Boston Globe March 13, 2020.

114.   Baicker, Katherine and Amitabh Chandra. "We need a national conversation about our health care priorities" Boston Globe, December 23, 2019

115.   Frakt, Austin and Amitabh Chandra. "How to Pay for Only the Health Care You Want," The New York Times Upshot, June 9 2014. Available at http://www.nytimes.com/2014/06/10/upshot/how-to-pay-for-only-the-health-care-you-want.html

116.   Chandra, Amitabh. "Defensive Medicine May Be Costlier Than It Seems." Wall Street Journal, February 7, 2013.

117.   Mello, Michelle, and Amitabh Chandra. "The Cap Doesn't Fit." New York Times, July 11, 2009.


**Reports**

118.   Nicholas Bagley, Amitabh Chandra, and Austin Frakt. "Correcting Signals for Innovation in Health Care" Brookings Institute. Hamilton Project. Available at http://www.brookings.edu/~/media/research/files/papers/2015/10/04-thp-papers-on-health-care/correcting_signals_for_innovation_in_health_care_bagley_v2.pdf

119.   Chandra, Amitabh. Economics Meets the Geography of Medicine. Institute of Medicine. October 2013. Available at http://www.iom.edu/~/media/Files/Report%20Files/2013/Geographic-Variation2/Commissioned-Papers/Chandra.pdf.

120.     Chandra A, DO Staiger, Skinner JS. Saving Money and Lives, in The Healthcare Imperative: Lowering Costs and Improving Outcomes. Institute of Medicine. Available at http://www.ncbi.nlm.nih.gov/books/NBK53920/

121.     "Disparities in Health and Health Care among Medicare Beneficiaries: A Brief Report of the Dartmouth Atlas Project," with Elliott S. Fisher and David C. Goodman. Robert Wood Johnson Foundation. Available at http://www.rwjf.org/qualityequality/product.jsp?id=31251.

122.     "Productivity Spillovers in Health Care," Taubman Center Policy Brief, May 2007, with Douglas O. Staiger.

123.    "The Gender Wage Gap in Kentucky" in Michal Smith-Mello and Michael T. Childress (Eds.) *The Future Well-Being of Women*, 1999, with Mark C. Berger, pp. 24-34.

124.    "The Retirement Behavior of Kentucky Families," *1998 CBER Annual Economic Report,* with Dan A. Black, pp. 33-42.

125.    "The Economic Impact of Interstate Highways in Kentucky," *1998 CBER Annual Economic Report,* with Eric E. Thompson, 55-62.

126.    "Profiling Workers for Unemployment Insurance in Kentucky," *Kentucky Journal of Business and Economics*, with Steven Allen, Mark C. Berger and Dan A. Black, pp. 1-18.

127.    "More Efficient Financing of Higher Education: The Case for Tuition Increases," *1997 CBER Annual Economic Report,* with Dan A. Black, pp. 37-46.

128.    "Income Inequality in Kentucky," in Michael T. Childress, Billie Sebastian, and Peter Schirmer (Eds.) *Exploring the Frontier of the Future,* 1996, pp. 173-180.

129.    "Chasing Smokestacks: An Analysis of Economic Development Incentives," *1996 CBER Annual Economic Report*, with Dan A. Black, pp. 31-37.

130.    "Are We Watching Grass Grow? The Economics of Income Inequality in Kentucky," *1995 CBER Annual Economic Report*, pp. 23-28.

131.    "Uneven Tides: Regional Trends in Economic Growth," *1995 CBER Annual Economic Report*, with Mark C. Berger and Dan A. Black, pp. 9-16.

## Major Grants

NCI Estimating Effectiveness with Non-Randomized Data, R01CA1427744, 09/01/10-06/30/13)
NIA NBER Center for Aging and Health Research, 9/30/09-8/31/2011
NIA Economics of Aging, P01AG005842-24, 5/1/10-3/31/16
NIA India Health and Retirement Survey, R21AG032572-01, 7/1/08-6/30/10
NIA Causes and Consequences of Health Care Intensity, P01 AG19783-06, 9/15/01-2/29/12
NIA Causes and Consequences of Health Care Intensity, P01 AG19783-02, 9/15/01-8/31/06
NICHD Race, Ethnicity and Quality of Health Care for Newborns, R01 HD44003-01, 4/1/03-3/31/06

**Appendix B**
**Materials Relied Upon**

## I.   COURT DOCUMENTS

Complaint, *Association of Community Cancer Centers, on behalf of itself and its members; Global Colon Cancer Association, on behalf of itself and its members; National Infusion Center Association, on behalf of itself and its members; and Pharmaceutical Research and Manufacturers of America, on behalf of itself and its members vs. Alex M. Azar II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. Department of Health and Human Services; Seema Verma, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; Centers for Medicare and Medicaid Services; Brad Smith, in His official capacity as the Director of the Center for Medicare and Medicaid Innovation; Center for Medicare and Medicaid Innovation*, The United States District Court For the District of Maryland, CIV. NO. 1:20-cv-03531, December 4, 2020.

## II.   MFN DOCUMENTS

Most Favored Nation (MFN) Model, Department of Health and Human Services, Centers for Medicare & Medicaid Services, 42 CFR Part 513, [CMS-5528-IFC], RIN 0938-AT91

Supporting Documentation for CMS-5528-IFC: Most Favored Nation (MFN) Model for Medicare Part B Drugs, Appendix B, available at https://innovation.cms.gov/media/document/supp-doc-cms-5228-ifc.

## III.   LITERATURE

Abbott, Thomas A. and John A. Vernon, "The Cost of US Pharmaceutical Price Regulation: A Financial Simulation Model of R&D Decisions," *Managerial and Decision Economics*, Vol. 28, 2007, pp. 293-306.

Acemoglu, Daron and Joshua Linn "Market size in innovation: theory and evidence from the pharmaceutical industry," *The Quarterly Journal of Economics*, Vol. 119, No. 3, 2004, pp. 1049-1090.

Bagley, Nicholas, et al. "It's time to reform the Orphan Drug Act." *NEJM Catalyst*, December 19, 2018.

Blume-Kohout, Margaret E. and Neeraj Sood, "Market size and innovation: Effects of Medicare Part D on pharmaceutical research and development," *Journal of Public Economics*, Vol. 97, 2013, pp. 327-336.

Boehm, Garth, Lixin Yao, Liang Han and Qiang Zheng, "Development of the generic drug industry in the US after the Hatch-Waxman Act of 1984," *Acta Pharmaceutica Sinica B*, Vol. 3, No. 5, pp. 297–311.

Boyle, P., "Triple-negative breast cancer: epidemiological considerations and recommendations," *Annals of Oncology*, Vol. 23, Supplement 6, August 1, 2012, available at: https://www.annalsofoncology.org/article/S0923-7534(19)37635-5/fulltext.

Chandra, Amitabh, Jonathan Gruber and Robin McKnight, "Patient cost-sharing and hospitalization offsets in the elderly," *American Economic Review*, Vol. 100, No. 1, 2010, pp. 193-213.

Civan, Abdulkadir and Michael T. Maloney, "The Effect of Price on Pharmaceutical R&D," *The B.E. Journal of Economic Analysis & Policy*, Vol. 9, No.1, 2009.

Dubois, Pierre, et al., "Market size and pharmaceutical innovation," *The RAND Journal of Economics*, Vol. 46, No. 4, 2015, pp. 844-871.

Gaynor, Martin, Jian Li and William B. Vogt, "Is drug coverage a free lunch? Cross-price elasticities and the design of prescription drug benefits," *National Bureau of Economic Research*, No. w12758, December 2006.

Giaccotto, Carmelo, Rexford E. Santerre and John A. Vernon, "Drug prices and research and development investment behavior in the pharmaceutical industry," *The Journal of Law and Economics*, Vol. 48, No. 1, 2005, pp. 195-214.

Goldman, Dana and Darius Lakdawalla, "The Global Burden of Medical Innovation," *Leonard D. Schaeffer Center for Health Policy & Economics*., University of Southern California, January 2018, available at: https://bit.ly/34dtzXR.

Goldman, Dana, et al., "Prescription Drug Cost Sharing," *RAND Health*, 2009, pp. 1-4, available at: https://www.rand.org/pubs/research_briefs/RB9474.html.

Hingorani, Aroon, et al., "Improving the odds of drug development success through human genomics: modelling study," *Scientific Reports, NatureResearch*, Vol. 9, No. 18911, December 11, 2019, pp. 1-25, available at: https://www.nature.com/articles/s41598-019-54849-w.

Howlader, Nadia, et al., "The effect of Advances in Lung-Cancer Treatment on Population Mortality," *New England Journal of Medicine*, Vol. 383, No. 7, 2020, pp.640-649.

Jacobsen et al., "How Medicare's Payment Cuts For Cancer Chemotherapy Drugs Changed Patterns Of Treatment," *Health Affairs*, Vol. 29, No. 7, July 2010, pp. 1391–1399, available at: https://www.healthaffairs.org/doi/full/10.1377/hlthaff.2009.0563.

Janssen, M. F., et al., "Population norms for the EQ-5D-3L: a cross-country analysis of population surveys for 20 countries," *The European Journal of Health Economics*, Vol. 20, No. 2, 2019, pp. 205-216.

Kakani, Pragya, Michael Chernew and Amitabh Chandra, "Rebates in the Pharmaceutical Industry: Evidence from Medicines Sold in Retail Pharmacies in the US," *National Bureau of Economic Research,* No. w26846, 2020.

Kirkdale, R., et al., "The cost of a QALY," *QJM: An International Journal of Medicine*, Vol. 103, No. 9, September 2010, pp. 715–720, available at: https://doi.org/10.1093/qjmed/hcq081.

Moise, Pierre and Elizabeth Docteur, "Pharmaceutical Pricing and Reimbursement Policies in Sweden," OECD Health Working Papers, 2007, pp. 1-67.

Ollendorf, Daniel A., et al., "Evaluating and Valuing Drugs for Rare Conditions: No Easy Answers," Value in Health, 2018, Vol. 21, pp. 547-552.

Paulden, Mike, "Recent amendments to NICE's value-based assessment of health technologies: implicitly inequitable?" *Expert Review of Pharmacoeconomics & Outcomes Research*, Vol. 17, No. 3, 2017, pp. 239-242, available at: https://doi.org/10.1080/14737167.2017.1330152

Polite, Blase N. et al., "Reform of the Buy-and-Bill System for Outpatient Chemotherapy Care Is Inevitable: Perspectives from an Economist, a Realpolitik, and an Oncologist," *American Society of Clinical Oncology Educational Book*, October 6, 2015, available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4594838/#R2.

Werble Cole, "Medicare Part B," *Health Affairs Health Policy Brief*, August 10, 2017, available at https://www.healthaffairs.org/do/10.1377/hpb20171008.000171/full/.

## IV.    PUBLICLY AVAILABLE DOCUMENTS

"2007 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds," *The Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds*, April 23, 2007, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/downloads/tr2007.pdf.

"2019 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds," *The Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds*, Table III.C1, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/Downloads/TR2019.pdf.

"340B Changes: What Biosimilar Manufacturers Need to Know," *AJMC The Center for Biosimilars*, February 19, 2018, available at: https://www.centerforbiosimilars.com/view/340b-changes-what-biosimilar-manufacturers-need-to-know.

"A Breakthrough Immunotherapy That May Help You Face Your Cancer," *Keytruda*, accessed on December 8, 2020, available at: https://www.keytruda.com/.

"A Data Book: Health Care Spending and the Medicare Program," *MedPAC,* July 2020, available at: http://medpac.gov/docs/default-source/data-book/jun18_databookentirereport_sec.pdf.

"A primer on prescription drug rebates: Insights into why rebates are a target for reducing prices," *Milliman*, May 21, 2018, available at: https://www.milliman.com/-/media/Milliman/importedfiles/uploadedFiles/insight/2018/prescription-drug-rebates.ashx.

"Addressing Challenges in Access to Oncology Medicines -Analytical Report," *OECD*, 2020, available at: https://www.oecd.org/health/health-systems/Addressing-Challenges-in-Access-to-Oncology-Medicines-Analytical-Report.pdf.

"Average Sales Price (ASP) for Medicare Part B Established for First-Quarter 2020," *Janssen Biotech, Inc.*, January 2020, available at: https://www.janssencarepath.com/sites/www.janssencarepath.com/files/simponiaria-medicare-part-b-average-sales-price.pdf.

"Biosimilar and Interchangeable Products," *U.S. Food and Drug Administration*, accessed on December 9, 2020, available at: https://www.fda.gov/drugs/biosimilars/biosimilar-and-interchangeable-products#biosimilar.

Boccuti, Cristina, "Medigap Enrollment and Consumer Protections Vary Across States," *Kaiser Family Foundation*, July 11, 2018, available at: https://www.kff.org/medicare/issue-brief/medigap-enrollment-and-consumer-protections-vary-across-states/view/footnotes/#footnote-260895-1.

"Breakthrough Therapy," *FDA.gov*, January 4, 2018, available at: https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/breakthrough-therapy.

"Bristol-Myers Squibb Announces U.S. FDA Breakthrough Therapy Designation for ORENCIA® (abatacept) to Help Prevent Acute Graft," *Bristol Myers Squibb*, December 4, 2019, available at: https://news.bms.com/news/details/2019/Bristol-Myers-Squibb-Announces-US-FDA-Breakthrough-Therapy-Designation-for-ORENCIA-abatacept-to-Help-Prevent-Acute-Graft/default.aspx.

"CMS Fast Facts," CMS.gov, August 20, 2020, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts.

"Comparison of U.S. and International Prices for Top Medicare Part B Drugs by Total Expenditures," *U.S. Department of Health and Human Services, Office of the Assistant Secretary for Planning and Evaluation*, October 25, 2018, available at: https://aspe.hhs.gov/system/files/pdf/259996/ComparisonUSInternationalPricesTopSpendingPartBDrugs.pdf.

Corlette, Sabrina, Ashley Williams, and Justin Giovannelli, "State Efforts to Reduce Consumers' Cost-Sharing for Prescription Drugs," *The Commonwealth Fund*, November 16, 2015, available

at: https://www.commonwealthfund.org/blog/2015/state-efforts-reduce-consumers-cost-sharing-prescription-drugs.

Country Comparison: GDP per capita (PPP), *CIA World Factbook*, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/resources/the-world-factbook/fields/211rank.html.

Country Comparison: Population, *CIA World Factbook*, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/the-world-factbook/fields/335rank.html.

Cubanski, Juliette, Trician Neuman and Anthony Damico, "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," *KFF.org*, available at: https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead.

"Democracy Index 2019. A year of democratic setbacks and popular protest," *Economist Intelligence Unit*, 2020, available at: https://www.eiu.com/public/topical_report.aspx?campaignid=democracyindex2019.

"Dendreon Corporation Announces FDA Grants Fast Track Status For PROVENGE," *Biospace*, November 7, 2015, available at: https://www.biospace.com/article/releases/dendreon-corporation-announces-fda-grants-fast-track-status-for-provenge-/.

"Drugs@FDA: FDA-Approved Drugs," U.S Food & Drug Administration, accessed December 9, 2020, available at https://www.accessdata.fda.gov.

"FDA Approves Genentech's Rituxan (Rituximab) for Pemphigus Vulgaris," *Genentech*, June 7, 2018, available at: https://www.gene.com/media/press-releases/14727/2018-06-07/fda-approves-genentechs-rituxan-rituxima.

"FDA Approves Lilly's Alimta (pemetrexed) for the Second-Line Treatment of Advanced Lung Cancer," *Lilly*, August 19, 2004, available at: https://investor.lilly.com/news-releases/news-release-details/fda-approves-lillys-alimta-pemetrexed-second-line-treatment.

"FDA approves new drug to treat multiple sclerosis," *FDA*, March 29, 2017, available at: https://www.fda.gov/news-events/press-announcements/fda-approves-new-drug-treat-multiple-sclerosis.

"FDA Approves New Therapy for Triple Negative Breast Cancer That Has Spread, Not Responded to Other Treatments," *FDA*, April 22, 2020, available at https://www.fda.gov/news-events/press-announcements/fda-approves-new-therapy-triple-negative-breast-cancer-has-spread-not-responded-other-treatments.

"FDA Approves Nplate® (Romiplostim) For Use in Pediatric Patients With Immune Thrombocytopenia," *Cision PR Newswire*, December 14, 2018, available at: https://www.prnewswire.com/news-releases/fda-approves-nplate-romiplostim-for-use-in-pediatric-patients-with-immune-thrombocytopenia-300765897.html.

"FDA Breakthrough Therapy: Approval of Genentech's Lucentis for Diabetic Retinopathy," *Orphan Druganaut Blog*, February 9, 2015, available at: https://orphandruganaut.wordpress.com/2015/02/09/fda-breakthrough-therapy-approval-of-genentechs-lucentis-for-diabetic-retinopathy/.

"FDA expands approval of Adcetris for first-line treatment of Stage III or IV classical Hodgkin lymphoma in combination with chemotherapy," *U.S Food & Drug Administration*, March 20, 2018, available at: https://www.fda.gov/news-events/press-announcements/fda-expands-approval-adcetris-first-line-treatment-stage-iii-or-iv-classical-hodgkin-lymphoma.

"FDA grants accelerated approval of TYSABRI, formerly antegren, for the treatment of MS," *EurekAlert,* November 23, 2004, available at: https://www.eurekalert.org/pub_releases/2004-11/k-fga112304.php.

"FDA grants Braftovi-Mektovi plus Erbitux breakthrough therapy designation for colorectal cancer," *Healio*, August 7, 2018, available at: https://www.healio.com/news/hematology-oncology/20180807/fda-grants-braftovimektovi-plus-erbitux-breakthrough-therapy-designation-for-colorectal-cancer.

"FDA Grants Breakthrough Therapy Designation for Atezolizumab/Bevacizumab Combination as First-Line Treatment for Advanced of Metastatic HCC," *The ASCO Post*, July 24, 2018, available at: https://ascopost.com/News/59089.

"FDA Grants Breakthrough Therapy Designation for Daratumumab in Combination with Standard of Care for Multiple Myeloma," *The ASCO Post*, July 26, 2016, available at: https://ascopost.com/News/43775.

"FDA Grants Breakthrough Therapy Designation for Genentech's Actemra® (Tocilizumab) in Giant Cell Arteritis, a Form of Vasculitis," *Genentech*, October 4, 2016, available at: https://www.gene.com/media/press-releases/14637/2016-10-04/fda-grants-breakthrough-therapy-designat.

"FDA Grants Breakthrough Therapy Designation for Xolair (omalizumab) for food allergies," *Investor Update*, August 13, 2018, available at: https://www.roche.com/investors/updates/inv-update-2018-08-13.htm.

"FDA Grants Priority Review to Somatuline for GEP-NETs," *Oncology Times*, Vol. 36, No. 19, October 10, 2014, available at: https://journals.lww.com/oncology-times/fulltext/2014/10100/fda_grants_priority_review_to_somatuline_for.21.aspx.

"FDA grants Roche's Tecentriq in combination with Abraxane accelerated approval for people with PD-L1-positive, metastatic triple-negative breast cancer," *Roche*, March 11, 2019, available at: https://www.roche.com/media/releases/med-cor-2019-03-11.htm.

"Financial Report Fiscal Year 2019," *CMS.gov*, November 2019, available at: https://www.cms.gov/files/document/cms-financial-report-fiscal-year-2019.

Freed, Meredith, Anthony Damico and Tricia Neuman, "A Dozen Facts About Medicare Advantage in 2020," *Kaiser Family Foundation*, April 22, 2020, available at: https://www.kff.org/medicare/issue-brief/a-dozen-facts-about-medicare-advantage-in-2020/.

Freed, Meredith, Juliette Cubanski and Tricia Neuman, "Medicare Beneficiaries Without Supplemental Coverage Are at Risk for Out-of-Pocket Costs Relating to COVID-19 Treatment," *Kaiser Family Foundation*, April 14, 2020, available at: https://www.kff.org/policy-watch/medicare-beneficiaries-without-supplemental-coverage-are-at-risk-for-out-of-pocket-costs-relating-to-covid-19-treatment/.

"GBP-USD X-RATE," *Bloomberg,* accessed on December 10, 2020, available at: https://www.bloomberg.com/quote/GBPUSD:CUR.

Glied, Sherry and Haninger, Kevin, "Medicare Part B Reimbursement of Prescription Drugs," *ASPE Issue Brief*, June 2014, available at: https://aspe.hhs.gov/system/files/pdf/106966/ib_mprpd.pdf.

"Global Medicine Spending and Usage Trends: Outlook to 2024," *IQVIA*, March 2020, available at: https://www.iqvia.com/-/media/iqvia/pdfs/institute-reports/global-medicine-spending-and-usage-trends.pdf?_=1607447495417.

"Global Oncology Trends 2019 - Therapeutics, Clinical Development and Health System Implications," *IQVIA Institute*, May 2019, available at: https://intelligencepharma.files.wordpress.com/2019/05/global-oncology-trends-2019-report.pdf.

"Health Care Spending and the Medicare Program," *MedPa*c, July 2020, available at: http://www.medpac.gov/docs/default-source/data-book/july2020_databook_entirereport_sec.pdf?sfvrsn=0.

"H.R.1 - Medicare Prescription Drug, Improvement, and Modernization Act of 2003," *Congress.gov*, December 8, 2003.

"International Reference Pricing Guidebook: Australia," *IHS*, September 2019.

"Is my test, item, or service covered? Insulin," *Medicare.gov*, accessed on December 9, 2020, available at:  https://www.medicare.gov/coverage/insulin.

"Is my test, item, or service covered? Prescription drugs (outpatient)," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/coverage/insulin.

Lieberman, Steven M. and Paul B. Ginsberg, "CMS's International Pricing model for Medicare Part B drugs: Implementation issues," *Brookings Institution*, July 9, 2019, available at: https://www.brookings.edu/blog/usc-brookings-schaeffer-on-health-policy/2019/07/09/cms-international-pricing-model-for-medicare-part-b-drugs-implementation-issues/#cancel.

Mast, Jason, "Breakthrough status and promise of a speedy review arrives for Opdivo/Yervoy combination as Bristol-Myers bites at Bayer," *EndPoints News*, November 11, 2019, available at: https://endpts.com/breakthrough-status-and-promise-of-a-speedy-review-arrives-for-opdivo-yervoy-combination-as-bristol-myers-bites-at-bayer/.

"Medicare Advantage Plans," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/sign-up-change-plans/types-of-medicare-health-plans/medicare-advantage-plans.

"Medicare costs at a glance," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/medicare-costs-at-a-glance.

"Medicare Enrollment Dashboard," *CMS.gov*, accessed on December 9, 2020, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Dashboard/Medicare-Enrollment/Enrollment%20Dashboard.html.

"Medicare Part B Drug Average Sales Price," *CMS.gov*, accessed on December 9, 2020, available at: https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Part-B-Drugs/McrPartBDrugAvgSalesPrice.

"Medicare Part B Drug Spending Dashboard," *CMS.gov,* accessed December 9, 2020, available at: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Information-on-Prescription-Drugs/MedicarePartB.

"Medicare Part B Drugs: Trends in Spending and Utilization, 2006-2017," *Assistant Secretary for Planning and Evaluation (ASPE)*, November 20, 2020, available at: https://aspe.hhs.gov/system/files/pdf/264416/Part-B-Drugs-Trends-Issue-Brief.pdf.

"Medicare Part B Expenditures for New Drugs Concentrated among a Few Drugs, and Most Were Costly for Beneficiaries," *U.S. Government Accountability Office*, October 2015, available at: https://www.gao.gov/assets/680/673304.pdf.

"Medigap costs," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/supplements-other-insurance/whats-medicare-supplement-insurance-medigap/medigap-costs.

MedPAC Staff, "Improving Medicare's payment for Part B drugs: Requiring pharmaceutical manufacturer reporting of sales price data," *MedPAC*, June 14, 2019, available at: http://www.medpac.gov/-blog-/requiring-reporting-of-sales-price-data/2019/06/14/payment-for-part-b-drugs.

Mikulic, Matej, "Availability of new cancer drugs launched in 2013-2017 in selected countries as of 2018," *Statista*, June 7, 2019, available at: https://www.statista.com/statistics/696020/availability-of-new-oncology-drugs-by-country/.

"Monthly Contract and Enrollment Summary Report," *CMS.gov*, September 2020, available at: https://www.cms.gov/research-statistics-data-and-systemsstatistics-trends-and-reportsmcradvpartdenroldatamonthly/contract-summary-2020-09.

"Most Favored Nation Model," *CMS.gov*, November 30, 2020, available at: https://innovation.cms.gov/innovation-models/most-favored-nation-model.

Myshko, Denise, "COVID-19 Is Expected to Have Long-term Impact on Oncology Practices," *OncologyLive*, Vol. 21, No. 12, June 25, 2020, available at:

https://www.onclive.com/view/covid-19-is-expected-to-have-long-term-impact-on-oncology-practices.

"OPDIVO Immunotherapy: Giving People a Choice and a Chance Against Their Cancer," Opdivo, accessed on December 9, 2020, available at: https://www.opdivo.com/.

"Part A Costs," *Mediare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-a-costs.

"Part B Costs," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/your-medicare-costs/part-b-costs.

"Part B Drugs Payment Systems," *MedPac*, October 2018, available at: http://medpac.gov/docs/default-source/payment-basics/medpac_payment_basics_18_partb_final_sec.pdf.

Pifer, Rebecca, "Community oncology practices turn to mergers, private equity to avoid hospital acquisition," *HealthCare Dive*, April 24, 2020, available at: https://www.healthcaredive.com/news/community-oncology-practices-turn-to-mergers-private-equity-to-avoid-hospi/576722/.

"Real gross domestic product per capita," *FRED Economic Data, Federal Reserve Bank of St. Louis*, accessed on December 9, 2020, available at: https://fred.stlouisfed.org/series/A939RX0Q048SBEA.

"Remarks by President Trump at Signing of Executive Orders on Lowering Drug Prices," *The White House*, July 24, 2020, available at: https://www.whitehouse.gov/briefings-statements/remarks-president-trump-signing-executive-orders-lowering-drug-prices/.

"Report to the Congress: Overview of the 340B Drug Pricing Program," *MedPac*, May 2015, available at: http://www.medpac.gov/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf?sfvrsn=0.

"Search Orphan Drug Designations and Approvals," *U.S Food & Drug Administration*, accessed December 9, 2020, available at: https://www.accessdata.fda.gov/scripts/opdlisting/oopd/index.cfm.

Sheingold, Steven, et al., "Medicare Part B drugs: pricing and incentives," *ASPE Issue Brief*, March 8, 2016, available at: https://aspe.hhs.gov/system/files/pdf/187581/PartBDrug.pdf.

"Sickle Cell Disease," *American Society of Hematology*, accessed on December 9, 2020, available at: https://www.hematology.org/education/patients/anemia/sickle-cell-disease.

"State of Care in America," *American Society of Clinical Oncology*, 2020, available at: https://www.asco.org/research-guidelines/reports-studies/state-cancer-care.

"State of Medigap 2019: Trends in Enrollment and Demographics," *America's Health Insurance Plans (AHIP)*, May 2019, available at: https://www.ahip.org/wp-content/uploads/IB_StateofMedigap2019.pdf.

Swagel, Phillip L., "Re: Budgetary Effects of H.R. 3, the Elijah E. Cummings Lower Drug Costs Now Act," *U.S. Congress Congressional Budget Office*, December 10, 2019, available at: https://www.cbo.gov/system/files/2019-12/hr3_complete.pdf.

Swagel, Phillip L., "Re: Effects of Drug Price Negotiation Stemming From Title 1 of H.R. 3, the Lower Drug Costs Now Act of 2019, on Spending and Revenues Related to Part D of Medicare," *U.S. Congress Congressional Budget Office*, October 11, 2019, available at: https://www.cbo.gov/system/files/2019-10/hr3ltr.pdf.

"Sweden," *The Commonwealth Fund*, June 5, 2020, available at: https://www.commonwealthfund.org/international-health-policy-center/countries/sweden.

"The Changing Landscape of Research and Development," *IQVIA Institute for Human Data Science*, April 2019.

"The World Factbook - Country Comparison: GDP Per Capita," Central Intelligence Agency, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/the-world-factbook/fields/211rank.html

"The World Factbook - Country Comparison: Population," Central Intelligence Agency, accessed on December 9, 2020, available at: https://www.cia.gov/library/publications/the-world-factbook/fields/335rank.html.

Tikkanen, Roosa et al., "International Health Care System Profiles - Israel," *The Commonwealth Fund*, June 5, 2020, available at: https://www.commonwealthfund.org/international-health-policy-center/countries/israel.

Tollen, Laura and Elizabeth Keating, "COVID-19, Market Consolidation, And Price Growth," *Health Affairs*, August 2020, available at https://www.healthaffairs.org/do/10.1377/hblog20200728.592180/full/.

"Understanding Medicare Advantage Plans," *Centers for Medicare and Medicaid Services*, September 2019, available at: https://www.medicare.gov/Pubs/pdf/12026-Understanding-Medicare-Advantage-Plans.pdf.

"U.S. FDA accepts and grants priority review to SNDA for Braftovi® (Encorafenib) in combination with Erbitux® (Cetuximab) (Braftovi Doublet) for the treatment of BRAFV600E-Mutant metastatic colorectal cancer after prior therapy," *Pfizer*, December 18, 2019, available at: https://www.pfizer.com/news/press-release/press-release-detail/u_s_fda_accepts_and_grants_priority_review_to_snda_for_braftovi_encorafenib_in_combination_with_erbitux_cetuximab_braftovi_doublet_for_the_treatment_of_brafv600e_mutant_metastatic_colorectal_cancer_after_prior.

Vestal, Christine, "COVID-19 Patients Swamp Rural Hospitals," *PEW Trusts*, October 20, 2020, available at: https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2020/10/20/covid-19-patients-swamp-rural-hospitals.

"What Part A covers," *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/what-medicare-covers/what-part-a-covers.

 "What's Medicare?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/.

"What's Medicare Supplement Insurance (Medigap)?" *Medicare.gov*, accessed on December 9, 2020, available at: https://www.medicare.gov/supplements-other-insurance/whats-medicare-supplement-insurance-medigap#:~:text=Medigap%20is%20Medicare%20Supplement%20Insurance%20that%20helps%20fill,some%20of%20the%20remaining%20health%20care%20costs%2C%20like%3A.

Whatstein, Liad and Uri Fruchtman, Liad Whatstein & Co, "Medicinal product regulation and product liability in Israel: overview," *Thomson Reuters Practical Law*, Law stated as at November 01, 2020, available at: https://uk.practicallaw.thomsonreuters.com/w-016-6339?transitionType=Default&contextData=(sc.Default)&firstPage=true.

"Who We Are," *Institute for Clinical and Economic Review*, accessed on December 9, 2020, available at: https://icer-review.org/about/.


## V.   **DATA**

Market Access MNF NAS49_120620.xlsx.

MFN pull for AG_120420.xlsx.

Mikulic, Matej, "Availability of new cancer drugs launched in 2013-2017 in selected countries as of 2018," Statista, June 7, 2019, available at: https://www.statista.com/statistics/696020/availability-of-new-oncology-drugs-by-country/.


## VI.   **IQVIA PHARMA PRICING & REIMBURSEMENT COUNTRY GUIDES**

Australia, June 2020.

Austria, September 2019.

Belgium, June 2020.

Canada, September 2019.

Denmark, March 2020.

Finland, June 2020.

France, December 2019.

Germany, December 2019.

Ireland, September 2019.

Italy, September 2019.

Japan, June 2020.

Netherlands, September 2019.

Norway, March 2020.

South Korea, June 2020.

Spain, September 2019.

Sweden, December 2019.

Switzerland, December 2019.

UK, December 2019.

USA, September 2019.

## VII.    FDA NEW DRUGS REPORTS

"2011 Novel New Drugs," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2012, available at: http://wayback.archive-it.org/7993/20170112023951/http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProce ss/DrugInnovation/UCM293663.pdf.

"2012 Novel New Drugs," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2013, available at: http://wayback.archive-it.org/7993/20170112023908/http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DrugI nnovation/UCM337830.pdf.

"2013 Novel New Drugs," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2014, available at: http://wayback.archive-it.org/7993/20170112023853/http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProce ss/DrugInnovation/UCM381803.pdf.

"2014 Novel New Drugs," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2015, available at http://wayback.archive-it.org/7993/20170111164828/http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProce ss/DrugInnovation/UCM430299.pdf.

"2015 New Drugs 2015," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2016, available at: https://www.fda.gov/drugs/new-drugs-fda-cders-new-molecular-entities-and-new-therapeutic-biological-products/novel-drug-approvals-2015.

"2016 Novel Drugs," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2017, available at: https://www.fda.gov/drugs/new-drugs-fda-cders-new-molecular-entities-and-new-therapeutic-biological-products/novel-drug-approvals-2016.

"Advancing Health Through Innovation - 2017 New Drug Therapy Approvals," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research,* January 2018, available at: https://www.fda.gov/drugs/new-drugs-fda-cders-new-molecular-entities-and-new-therapeutic-biological-products/novel-drug-approvals-2017.

"Advancing Health Through Innovation - 2018 New Drug Therapy Approvals," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2019, available at: https://www.fda.gov/drugs/new-drugs-fda-cders-new-molecular-entities-and-new-therapeutic-biological-products/novel-drug-approvals-2019.

"Advancing Health Through Innovation - 2019 New Drug Therapy Approvals," *U.S. Food & Drug Administration - Center for Drug Evaluation and Research*, January 2020, available at: https://www.fda.gov/drugs/new-drugs-fda-cders-new-molecular-entities-and-new-therapeutic-biological-products/novel-drug-approvals-2020.

**Exhibit 1.a**

**Pharmaceutical spending in the United States vs. reference MFN Rule countries**



**Notes:**
[1] Pharmaceutical spending was reported at various times across countries (2019Q2-2020Q1) and cover the 12 months preceding the date when the data were reported. Spending does not include all discounts and rebates.
[2] "Reference MFN Rule countries" include Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Japan, Netherlands, Norway, South Korea, Spain, Sweden, Switzerland, and the U.K.  Data are not available for Iceland, Israel, Luxembourg, and New Zealand.

**Sources**:
[1] IQVIA MIDAS from IQVIA Pricing and Reimbursement Country Guides.
[2] MFN Rule, (p. 76200).

**Exhibit 1.b**

**Most recent annual pharmaceutical spending in reference MFN Rule countries**



**Notes:**
[1] This analysis is limited to reference MFN Rule countries. Data are not available for Iceland, Israel, Luxembourg, and New Zealand.
[2] The numbers in parentheses represent pharmaceutical spending as a share of U.S. spending in each country. Pharmaceutical spending in the U.S. in 2019 is $492 billion. Spending does not include all discounts and rebates.
[3] Sales were reported at various times across countries (2019Q2-2020Q1) and cover the 12 months preceding the date when the data were reported.

**Sources:**
[1] IQVIA MIDAS from IQVIA Pricing and Reimbursement Country Guides.
[2] MFN Rule, (p. 76200).

**Exhibit 2**

**Availability of newer oncology drugs in select reference MFN Rule countries**
*2018*

**Percent of newer drugs available**



**Notes:**
[1] This chart is based on 54 drugs launched in 2013-2017.
[2] Drugs are not available in countries when the manufacturer does not file for regulatory approval, when there is a delay or denial in approval, or when there is a delay in pricing negotiations prior to a drug's launch. The source does not indicate which of the aforementioned scenarios leads to each delay.
[3] This analysis is limited to select reference countries listed in the MFN Rule.

**Sources:**
[1] "Global Oncology Trends 2019 - Therapeutics, Clinical Development and Health System Implications," *IQVIA Institute*, May 2019, Exhibit 24, p. 31, available at https://intelligencepharma.files.wordpress.com/2019/05/global-oncology-trends-2019-report.pdf.
[2] Mikulic, Matej, "Availability of new cancer drugs launched in 2013-2017 in selected countries as of 2018," *Statista*, June 7, 2019, available at: https://www.statista.com/statistics/696020/availability-of-new-oncology-drugs-by-country/.
[3] MFN Rule, (p. 76200).

**Exhibit 3**

**Availability of all MFN Rule drugs**
*2019*



**Notes:**
[1] Drugs that were launched by the end of 2019 are considered available. The launch date in each country is identified as the first date in which the IQVIA data report sales for an MFN Rule drug's molecule.
[2] The analysis is based on all MFN Rule drugs (N=49). The branded and biosimilar forms of pegfilgrastim are considered one drug in this analysis, because they share the same molecule.

**Sources**:
[1] MFN pull for AG_120420.xlsx.
[2] Supporting Documentation for CMS-5528-IFC: Most Favored Nation (MFN) Model for Medicare Part B Drugs, Appendix B, available at https://innovation.cms.gov/media/document/supp-doc-cms-5228-ifc.

**Exhibit 4.a**

**Sales launch**
*Average time between first global launch and launch in reference MFN Rule country*



**Notes:**
[1] The analysis includes all of the MFN Rule drugs for which marketing approval data are available (N=46).
[2] The numbers in parentheses in the axis labels represent the total number of products approved in that country.
[3] Bendamustine, leuprorelin, paclitaxel, and octreotide are excluded from the analysis as the corresponding brand names in the data differ from branded products specified by HCPCS codes in the MFN Rule.
[4] Orthovisc and Injectafer are excluded from the analysis as their launch dates occurred outside the scope of IQVIA's audit which means that the actual launch date may be different from that reported in the data.

**Sources:**
[1] Market Access MNF NAS49_120620.xlsx.
[2] MFN Rule, Table 2 (p. 76194).

**Exhibit 4.b**

**Sales launch**
*Time distribution between first global launch and launch in reference MFN Rule country*



**Notes:**

[1] The analysis includes all of the MFN Rule drugs for which marketing approval data are available (N=46).

[2] Bendamustine, leuprorelin, paclitaxel, and octreotide are excluded from the analysis as the corresponding brand names in the data differ from branded products specified by HCPCS codes in the MFN Rule.

[3] Orthovisc and Injectafer are excluded from the analysis as their launch dates occurred outside the scope of IQVIA's audit which means that the actual launch date may be different from that reported in the data.

**Sources:**

[1] Market Access MNF NAS49_120620.xlsx.

[2] MFN Rule, Table 2 (p. 76194).

**Exhibit 5**
**Drug pricing regimes in select reference MFN Rule countries**

| Country | Healthcare system | Main factors determining price | Role for international reference pricing | Countries included in reference pricing basket | Total GDP (PPP) relative to US ($) |
|---|---|---|---|---|---|
| **Ireland** *Population: 5.2m* *GDP per Capita (PPP): 73,200* | Universal single-payer (two-tiered). | International reference pricing and cost-effectiveness. | Yes; price of reimbursed drugs cannot be higher than the average price of the drug in reference countries. | Austria, Belgium, Denmark, Finland, France, Germany, Greece, Italy, Luxembourg, the Netherlands, Portugal, Spain, Sweden, and the U.K. | 1.9% |
| **Switzerland** *Population: 8.4m* *GDP per Capita (PPP): 62,100* | Universal private multi-payer. | International reference pricing and internal reference pricing. | Yes; 50% weight placed on price in international reference countries. The other 50% is placed on cost of internal comparators. | Austria, Belgium, Denmark, Finland, France, Germany, the Netherlands, Sweden, and the U.K. | 2.6% |
| **Netherlands** *Population: 17.3m* *GDP per Capita (PPP): 53,900* | Universal private multi-payer. | International reference pricing and internal reference pricing. | Yes; reference pricing at the mean of reference basket. | Belgium, France, Norway, and the U.K. | 4.7% |
| **Sweden** *Population: 10.2m* *GDP per Capita (PPP): 51,200* | Universal single-payer. | Cost per QALY, need and solidarity principle, and human value principle. | No. | -- | 2.6% |
| **Germany** *Population: 80.2m* *GDP per Capita (PPP): 50,800* | Universal multi-payer. | Internal reference pricing and additional therapeutic value. | Yes; no binding rules. | Austria, Belgium, Czech Republic, Denmark, Finland, France, Greece, Ireland, Italy, the Netherlands, Portugal, Slovakia, Spain, Sweden, and the U.K. | 20.5% |
| **Australia** *Population: 25.5m* *GDP per Capita (PPP): 50,400* | Universal single-payer. | Internal reference pricing. | Yes; no binding rules. | Reasonably comparable overseas countries, including Canada, New Zealand, and the U.K. | 6.5% |
| **Denmark** *Population: 5.9m* *GDP per Capita (PPP): 50,100* | Universal single-payer. | Internal reference pricing and additional therapeutic value. | Yes for hospital-administered drugs only; no binding rules. | Austria, Belgium, Finland, Germany, Ireland, the Netherlands, Norway, Sweden, and the U.K. | 1.5% |
| **Canada** *Population: 37.7m* *GDP per Capita (PPP): 48,400* | Universal single-payer (outpatient drug coverage not guaranteed). | International reference pricing, internal reference pricing, and cost per QALY. | Yes; reference pricing varies depending on HTA. | Australia, Belgium, France, Germany, Italy, Japan, the Netherlands, Norway, Spain, Sweden, and the U.K. | 9.2% |
| **Belgium** *Population: 11.7m* *GDP per Capita (PPP): 46,600* | Universal multi-payer. | Cost-effectiveness, additional therapeutic value, and costs of production. | Yes; price in other EU countries is considered as part of the pricing decision, but no binding rules. | EU countries. | 2.7% |
| **United Kingdom** *Population: 65.8m* *GDP per Capita (PPP): 44,300* | Universal single-payer. | Cost per QALY. | No. | -- | 14.6% |

**Exhibit 5**
**Drug pricing regimes in select reference MFN Rule countries**

| Country | Healthcare system | Main factors determining price | Role for international reference pricing | Countries included in reference pricing basket | Total GDP (PPP) relative to US ($) |
|---|---|---|---|---|---|
| **France**<br>*Population: 67.8m*<br>*GDP per Capita (PPP): 44,100* | Universal multi-payer but almost single payer. | Internal reference pricing and additional therapeutic value. | Yes for high value drugs; bounded by min/max of reference basket. | Germany, Italy, Spain, and the U.K. | 15.0% |
| **Japan**<br>*Population: 125.5m*<br>*GDP per Capita (PPP): 42,900* | Universal multi-payer. | Internal reference pricing, additional therapeutic value, and costs of production. | Yes; price adjustments based on reference countries. | France, Germany, the U.K., and the U.S. | 27.1% |
| **Republic of Korea**<br>*Population: 51.8m*<br>*GDP per Capita (PPP): 39,500* | Universal single-payer. | International reference pricing, cost-effectiveness, and additional therapeutic value. | Yes; referenced during price negotiations for innovative drugs. | Typically: Australia, France, Germany, Italy, Japan, Singapore, Spain, Switzerland, Taiwan, the U.K., and the U.S. | 10.3% |
| **Italy**<br>*Population: 62.4m*<br>*GDP per Capita (PPP): 38,200* | Universal single-payer. | International reference pricing, internal reference pricing, cost-effectiveness, and additional therapeutic value. | Yes; baseline for price negotiations and used to set price of some generic drugs. | EU countries. | 12.0% |
| **Israel**<br>*Population: 8.7m*<br>*GDP per Capita (PPP): 36,400* | Universal multi-payer. | International reference pricing. | Yes; maximum price is the average of the lowest priced three countries in reference basket. | Belgium, France, Germany, Hungary, Spain, the Netherlands, and the U.K. | 1.6% |

**Note:**
[1] Select MFN Rule countries are ordered by descending GDP per capita (PPP). The following MFN Rule countries are not included: Austria, Finland, Iceland, Luxembourg, New Zealand, Norway, and Spain.

**Sources:**
[1] CIA World Factbook, Country Comparison, available at https://www.cia.gov/library/publications/resources/the-world-factbook/fields/211rank.html; https://www.cia.gov/library/publications/the-world-factbook/fields/335rank.html, accessed on November 23, 2020.
[2] IQVIA Pharma Pricing & Reimbursement Country Guides; Tikkanen, R. et al., "International Health Care System Profiles - Israel," Commonwealth Fund, available at https://www.commonwealthfund.org/international-health-policy-center/countries/israel; Whatstein, Liad, "Medicinal product regulation and product liability in Israel: overview," Thomson Reuters Practical Law, available at https://uk.practicallaw.thomsonreuters.com/w-016-6339?transitionType=Default&contextData=(sc.Default)&firstPage=true; "International Reference Pricing Guidebook: Australia," IHS, September, 2019.

**Exhibit 6**

**Marketing approval to coverage decision**
*Average time between marketing approval and coverage decision within select reference MFN Rule countries for oncology product/indications pairs*



**Notes:**

[1] This analysis is based on 31 oncology product/indications approved since 2014.

[2] The numbers in parentheses in the axis labels represent the total number of product/indications approved and covered in that country, with available information on the date of the coverage decision.

[3] Coverage dates are only available for a subset of the products/indications approved and covered in Belgium, France, Norway, and Sweden. Thus their timing averages are based on a smaller subset of products/indications than were actually approved and covered.

[4] This analysis is based on the following indications: metastatic breast cancer, non-small cell lung cancer, colorectal cancer, melanoma, and multiple myeloma.

[5] This analysis is limited to select reference countries listed in the MFN Rule.

[6] The date of the coverage decision in the U.S. is assumed to be simultaneous with the date of its marketing approval.

**Sources:**

[1] "Addressing Challenges in Access to Oncology Medicines -Analytical Report," OECD, 2020, Table 3.3 and Figure 3.3, pp. 53, 57, available at https://www.oecd.org/health/health-systems/Addressing-Challenges-in-Access-to-Oncology-Medicines-Analytical-Report.pdf.

[2] MFN Rule, Table 4 (pp. 76203-76204).

Exhibit 7

Summary of MFN Rule drugs with FDA novel drug designations

| | MFN Rule drugs HCPCS codes list | | | Associated product information | | | FDA novel drug designations | | | | | | |
| Rank | HCPCS code | Short description | 2019 total allowed charges, after exclusions ($m) | Brand name | Approval year | Drug used to treat/as | Accelerated approval | Break-through | Fast track | First-in-class | First approved in U.S. | Orphan drug | Priority review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | J0178 | Aflibercept injection | $2,982.9 | Eylea | 2011 | Wet (neovascular) age-related macular degeneration (AMD) | | | | | ✓ | | ✓ |
| 2 | J9271 | Inj pembrolizumab | $2,815.3 | Keytruda | 2014 | Advanced/unresectable melanoma, lung cancer, head and neck cancer, Hodgkin lymphoma, and stomach cancer | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 3 | J9299 | Injection, nivolumab | $1,879.0 | Opdivo | 2014 | Unresectable or metastatic melanoma | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| 4 | J9312 | Inj., rituximab, 10 mg | $1,866.0 | Rituxan | 1997 | Non-Hodgkin's lymphoma | | ✓* | | | | ✓* | ✓* |
| 5 | J0897 | Denosumab injection | $1,721.6 | Prolia/Xgeva | 2010 | Osteoporosis in postmenopausal women | | | | | | ✓* | |
| 6 | J2778 | Ranibizumab injection | $1,295.3 | Lucentis | 2006 | Wet age-related macular degeneration (AMD) | | ✓* | | | | | ✓* |
| 7 | J2505 | Injection, pegfilgrastim 6mg | $1,242.7 | Neulasta | 2002 | Infection in patients with non-myeloid malignancies | | | | | | ✓* | |
| 8 | J9035 | Bevacizumab injection | $1,099.5 | Avastin | 2004 | Metastatic colorectal cancer | | ✓* | | | | ✓ | |
| 9 | J1745 | Infliximab not biosimil 10mg | $1,010.3 | Remicade | 1998 | Crohn's disease | | | ✓* | | | ✓* | ✓* |
| 10 | J0129 | Abatacept injection | $968.6 | Orencia | 2005 | Adult rheumatoid arthritis | | ✓* | | | | | |
| 11 | J9355 | Inj trastuzumab excl biosimi | $851.0 | Herceptin | 1998 | HER2-overexpressing breast cancer | | | | | | ✓* | |
| 12 | J9145 | Injection, daratumumab 10 mg | $843.7 | Darzalex | 2015 | Multiple myeloma | ✓ | ✓ | | | | ✓ | ✓ |
| 13 | J2350 | Injection, ocrelizumab, 1 mg | $703.1 | Ocrevus | 2017 | Multiple sclerosis | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| 14 | J1300 | Eculizumab injection | $562.4 | Soliris | 2007 | Paroxysmal nocturnal hemoglobinuria (PNH) | | | | | | ✓ | |
| 15 | J9305 | Pemetrexed injection | $539.7 | Alimta | 2004 | Locally advanced or metastatic nonsquamous non-small cell lung cancer and mesothelioma | ✓ | | | | | ✓* | ✓ |
| 16 | J9022 | Inj, atezolizumab,10 mg | $486.6 | Tecentriq | 2016 | Metastatic urothelial carcinoma | ✓ | ✓ | | | ✓ | | ✓ |
| 17 | J9173 | Inj., durvalumab, 10 mg | $476.6 | Imfinzi | 2017 | Locally advanced or metastatic urothelial carcinoma | ✓ | ✓ | | | ✓ | | ✓ |
| 18 | J2353 | Octreotide injection, depot | $467.0 | Sandostatin Lar Depot | 1998 | Metastatic carcinoid tumors | | | | | | ✓ | ✓ |

**Exhibit 7**

**Summary of MFN Rule drugs with FDA novel drug designations**

| | | MFN Rule drugs HCPCS codes list | | Associated product information | | | FDA novel drug designations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | HCPCS code | Short description | 2019 total allowed charges, after exclusions ($m) | Brand name | Approval year | Drug used to treat/as | Accelerated approval | Break-through | Fast track | First-in-class | First approved in U.S. | Orphan drug | Priority review |
| 19 | J0717 | Certolizumab pegol inj 1mg | $458.8 | Cimzia | 2008 | Crohn's disease and moderately to severely active rheumatoid arthritis | | | | | | | |
| 20 | J9041 | Inj., velcade 0.1 mg | $436.3 | Velcade | 2003 | Multiple myeloma | | ✓ | | | | ✓ | ✓ |
| 21 | J2357 | Omalizumab injection | $423.9 | Xolair | 2003 | Moderate to severe persistent asthma | | ✓ | | | | | |
| 22 | J0585 | Injection,onabotulinumtoxina | $389.2 | Botox | 1991 | Chronic migraine | | | | | | | |
| 23 | J1602 | Golimumab for iv use 1mg | $368.5 | Simponi Aria | 2013 | Moderately to severely active rheumatoid arthritis | | | | | | ✓ | |
| 24 | J3380 | Injection, vedolizumab | $362.1 | Entyvio | 2014 | Certain bowel disorders including ulcerative colitis and Crohn's disease | | ✓ | | ✓ | | | ✓ |
| 25 | J9264 | Paclitaxel protein bound | $333.3 | Abraxane | 2005 | Metastatic breast cancer after failure of combination chemotherapy | ✓* | | | | | ✓ | |
| 26 | J9228 | Ipilimumab injection | $331.1 | Yervoy | 2011 | Unresectable or metastatic melanoma in adults and pediatric patients | ✓* | ✓ | ✓ | ✓ | | ✓ | ✓ |
| 27 | J9217 | Leuprolide acetate suspnsion | $331.0 | Eligard | 2002 | Advanced prostatic cancer | | | | | | | |
| 28 | J9306 | Injection, pertuzumab, 1 mg | $318.0 | Perjeta | 2012 | HER2-positive metastatic breast cancer | | | | | | ✓ | ✓ |
| 29 | J9047 | Injection, carfilzomib, 1 mg | $296.8 | Kyprolis | 2012 | Relapsed or refractory multiple myeloma | ✓ | | ✓ | | ✓ | ✓ | |
| 30 | J3262 | Tocilizumab injection | $279.1 | Actemra | 2010 | Rheumatoid arthritis | | ✓ | | | | ✓ | |
| 31 | J1930 | Lanreotide injection | $278.6 | Somatuline Depot | 2007 | Unresectable, locally advanced or metastatic gastroenteropancreatic neuroendocrine tumors | | | | | | ✓ | ✓ |
| 32 | J3357 | Ustekinumab sub cu inj, 1 mg | $264.4 | Stelara | 2009 | Moderate to severe plaque psoriasis, active psoriatic arthritis, and moderately to severely active Crohn's disease | | | | | | | |
| 33 | J0881 | Darbepoetin alfa, non-esrd | $258.4 | Aranesp | 2001 | Anemia due to chronic kidney disease or chemotherapy | | | | | | | |
| 34 | J2323 | Natalizumab injection | $255.4 | Tysabri | 2004 | Multiple sclerosis and Crohn's disease | ✓ | | | | | | |
| 35 | J2796 | Romiplostim injection | $248.2 | Nplate | 2008 | Thrombocytopenia in patients with chronic immune thrombocytopenia | | | | | | ✓ | ✓ |
| 36 | J9034 | Inj., bendeka 1 mg | $219.2 | Bendeka | 2015 | Chronic lymphocytic leukemia and indolent B-cell non-Hodgkin lymphoma | | | | | | ✓ | |

**Exhibit 7**

**Summary of MFN Rule drugs with FDA novel drug designations**

| | | MFN Rule drugs HCPCS codes list | | | Associated product information | | | FDA novel drug designations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | HCPCS code | Short description | 2019 total allowed charges, after exclusions ($m) | Brand name | Approval year | Drug used to treat/as | Accelerated approval | Break-through | Fast track | First-in-class | First approved in U.S. | Orphan drug | Priority review |
| 37 | J0885 | Epoetin alfa, non-esrd | $187.5 | Epogen/Procrit | 1989 | Anemia due to chronic kidney disease or chemotherapy | | | | | | ✓ | |
| 38 | Q2043 | Sipuleucel-t auto cd54+ | $182.2 | Provenge | 2010 | Metastatic castrate resistant prostate cancer | | ✓ | | | | | |
| 39 | J2182 | Injection, mepolizumab, 1mg | $177.6 | Nucala | 2015 | Asthma symptoms | | | ✓ | ✓ | | | |
| 40 | J1439 | Inj ferric carboxymaltos 1mg | $173.0 | Injectafer | 2013 | Iron-deficiency anemia | | | | | | | |
| 41 | J9042 | Brentuximab vedotin inj | $162.5 | Adcetris | 2011 | Stage III or IV classical Hodgkin lymphoma | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 42 | J9055 | Cetuximab injection | $162.5 | Erbitux | 2004 | Cell carcinoma of the head and neck or Metastatic colorectal carcinoma | | ✓* | | | | | ✓* |
| 43 | J9354 | Inj, ado-trastuzumab emt 1mg | $157.4 | Kadcyla | 2013 | HER2-positive, metastatic breast cancer | | | ✓ | ✓ | ✓ | | ✓ |
| 44 | Q5111 | Injection, udenyca 0.5 mg | $155.5 | Udenyca | 2018 | Infection in patients with non-myeloid malignancies | | | | | | | |
| 45 | J7324 | Orthovisc inj per dose | $152.4 | Orthovisc | 2004 | Pain in osteoarthritis (OA) of the knee | | | | | | | |
| 46 | J2785 | Regadenoson injection | $150.3 | Lexiscan | 2008 | Pharmacologic stress agent indicated for radionuclide myocardial perfusion imaging (MPI) | | | | | | | |
| 47 | J0517 | Inj., benralizumab, 1 mg | $137.0 | Fasenra | 2017 | Severe asthma | | | | ✓ | | | |
| 48 | J2507 | Pegloticase injection | $123.9 | Krystexxa | 2010 | Chronic gout | | | | | | ✓ | |
| 49 | J9176 | Injection, elotuzumab, 1mg | $123.7 | Empliciti | 2015 | Multiple myeloma in patients who have received one to three prior medications | | ✓ | | ✓ | ✓ | ✓ | ✓ |
| 50 | J9311 | Inj rituximab, hyaluronidase | $121.6 | Rituxan Hycela | 2017 | Large B-cell lymphoma | | | | | | | |

**Notes:**

[1] The FDA Novel Drug Approvals list does not contain vaccines, allergenic products, blood and blood products, plasma derivatives, cellular and gene therapy products, or other products approved by the Center for Biologics Evaluation and Research.

[2] For the FDA Novel Drug Designations *see* FDA New Drugs Reports (see Appendix B). "Accelerated Approval" is granted to drugs based on markers that predict a reasonable benefit, with more testing to confirm clinical benefit after approval; "Breakthrough" refers to drugs with preliminary clinical evidence demonstrating that it may result in substantial improvement in at least one clinically significant endpoint over available therapies; "Fast-track" refers to drugs that can treat unmet medical needs; "First-in-Class" refers to drugs with a new and unique mechanism for treating a medical condition; "Priority Review" designation is given to drugs with the potential to provide a significant advance in existing medical care; "Orphan" refers to drugs approved for small populations of patients with rare diseases. Note that some drugs classified as "Innovative" by the FDA do not have any of the additional Novel Drug Designations.

[3] Asterisks indicate drugs that received a FDA novel drug designation at their original approval, when used in combination therapy or for a new indication.

[4] Bendamustine, iron ferric, leuprorelin, octreotide, paclitaxel, rituximab, denosumab, and epoetin alfa are included in this analysis with the brand names Bendeka, Injectafer, Eligard, Sandostatin LAR Depot, Abraxane, Rituxan, Prolia/Xgeva, and Epogen, respectively.

**Sources:**

[1] MFN Rule, Table 2 (p. 76194).

[2] CMS Part B Dashboard Data 2018: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Information-on-Prescription-Drugs/MedicarePartB.

[3] FDA New Drugs Reports (see Appendix B).

[4] U.S Food & Drug Administration, "Drugs@FDA: FDA-Approved Drugs," available at https://www.accessdata.fda.gov.

[5] U.S. Food & Drug Administration, "Search Orphan Drug Designations and Approvals," available at https://www.accessdata.fda.gov/scripts/opdlisting/oopd/index.cfm.

[6] Genentech, "FDA Approves Genentech's Rituxan (Rituximab) for Pemphigus Vulgaris," available at https://www.gene.com/media/press-releases/14727/2018-06-07/fda-approves-genentechs-rituxan-rituxima.

[7] "FDA Breakthrough Therapy: Approval of Genentech's Lucentis for Diabetic Retinopathy," available at https://orphandruganaut.wordpress.com/2015/02/09/fda-breakthrough-therapy-approval-of-genentechs-lucentis-for-diabetic-retinopathy/.

[8] "FDA Grants Breakthrough Therapy Designation for Atezolizumab/Bevacizumab Combination as First-Line Treatment for Advanced of Metastatic HCC," available at https://ascopost.com/News/59089.

[9] "Bristol-Myers Squibb Announces U.S. FDA Breakthrough Therapy Designation for ORENCIA® (abatacept) to Help Prevent Acute Graft," available at https://news.bms.com/news/details/2019/Bristol-Myers-Squibb-Announces-US-FDA-Breakthrough-Therapy-Designation-for-ORENCIA-abatacept-to-Help-Prevent-Acute-Graft/default.aspx.

[10] "FDA Approves Lilly's Alimta (pemetrexed) for the Second-Line Treatment of Advanced Lung Cancer," available at https://investor.lilly.com/news-releases/news-release-details/fda-approves-lillys-alimta-pemetrexed-second-line-treatment.

[12] "FDA Grants Breakthrough Therapy Designation for Daratumumab in Combination with Standard of Care for Multiple Myeloma," available at https://ascopost.com/News/43775.

[13] "FDA grants Breakthrough Therapy Designation for Xolair (omalizumab) for food allergies," available at https://roche.com/investors/updates/inv-update-2018-08-13.htm.

[14] "FDA grants Roche's Tecentriq in combination with Abraxane accelerated approval for people with PD-L1-positive, metastatic triple-negative breast cancer," available at https://www.roche.com/media/releases/med-cor-2019-03-11.htm.

[15] "Breakthrough status and promise of a speedy review arrives for Opdivo/Yervoy combination as Bristol-Myers bites at Bayer," available at https://endpts.com/breakthrough-status-and-promise-of-a-speedy-review-arrives-for-opdivo-yervoy-combination-as-bristol-myers-bites-at-bayer/.

[16] "FDA grants Breakthrough Therapy Designation for Genentech's Actemra® (Tocilizumab) in Giant Cell Arteritis, a Form of Vasculitis," available at https://www.gene.com/media/press-releases/14637/2016-10-04/fda-grants-breakthrough-therapy-designat.

[17] "FDA Grants Priority Review to Somatuline for GEP-NETs," available at https://journals.lww.com/oncology-times/fulltext/2014/10100/fda_grants_priority_review_to_somatuline_for.21.aspx.

[18] "FDA grants accelerated approval of TYSABRI, formerly antegren, for the treatment of MS," available at https://www.eurekalert.org/pub_releases/2004-11/k-fga112304.php.

[19] "FDA Approves Nplate® (Romiplostim) For Use in Pediatric Patients With Immune Thrombocytopenia," available at https://www.prnewswire.com/news-releases/fda-approves-nplate-romiplostim-for-use-in-pediatric-patients-with-immune-thrombocytopenia-300765897.html.

[20] "Dendreon Corporation Announces FDA Grants Fast Track Status For PROVENGE," available at https://www.biospace.com/article/releases/dendreon-corporation-announces-fda-grants-fast-track-status-for-provenge-/.

[21] "FDA expands approval of Adcetris for first-line treatment of Stage III or IV classical Hodgkin lymphoma in combination with chemotherapy," available at https://www.fda.gov/news-events/press-announcements/fda-expands-approval-adcetris-first-line-treatment-stage-iii-or-iv-classical-hodgkin-lymphoma.

[22] "FDA grants Braftovi-Mektovi plus Erbitux breakthrough therapy designation for colorectal cancer," available at https://www.healio.com/news/hematology-oncology/20180807/fda-grants-braftovimektovi-plus-erbitux-breakthrough-therapy-designation-for-colorectal-cancer.

[23] "U.S. FDA accepts and grants priority review to SNDA for Braftovi® (Encorafenib) in combination with Erbitux® (Cetuximab) (Braftovi Doublet) for the treatment of BRAFV600E-Mutant metastatic colorectal cancer after prior therapy," available at https://www.pfizer.com/news/press-release/press-release-detail/u_s_fda_accepts_and_grants_priority_review_to_snda_for_braftovi_encorafenib_in_combination_with_erbitux_cetuximab_braftovi_doublet_for_the_treatment_of_brafv600e_mutant_metastatic_colorectal_cancer_after_prior.