**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

December 11, 2020

MEMORANDUM TO COUNSEL

*Association of Community Cancer Centers et al. v. Azar et al.*, CCB-20-3531

Dear counsel:

  This letter is to confirm the results of today's conference call establishing a TRO briefing schedule. The government will file its response by close of business on Tuesday, December 15, 2020; the plaintiffs will reply by close of business on Wednesday, December 16, 2020; and oral argument will be heard via Zoom on Friday, December 18, 2020, at 10:00 am EST. A Zoom invitation will be forthcoming.

  Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                Sincerely yours,

                 /S/
                Catherine C. Blake
                United States District Judge