IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF COMMUNITY CANCER CENTERS, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>ALEX M. AZAR, II, *et al.*,<br><br>        Defendants. | Civil Action No. 1:20-CV-3531 |

**DEFENDANTS' MOTION TO SEAL**

Pursuant to Local Rules 105.11 and 113.3, Defendants hereby move to seal the unredacted version of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction. The unredacted version of Defendants' Opposition includes information contained in certain declarations that are the subject of pending Motions to Seal in this Court. *See* Opp. at 30, 31; Plaintiffs' Motion to Seal and For a Protective Order, ECF No. 26; Altus Biologics' Motion to Seal Declaration Filed in Support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 28; Healix Infusion Therapy, LLC's Motion to Seal Declaration Filed in Support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 30.

Although Defendants do not take a position on the pending motions to seal at this time, Defendants ask this Court to seal the unredacted version of Defendants' Opposition, at least until the Court rules on the pending motions to seal. Defendants have filed a redacted version of their Opposition on this Court's public docket.

Dated: December 15, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director

s/*Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
ALEXANDRA R. SASLAW
LISA N. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-1280
rachael.westmoreland@usdoj.gov

Attorneys for Defendants