# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ASSOCIATION OF COMMUNITY CANCER CENTERS, *et al.*,

    *Plaintiffs*,

  v.

ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,

    *Defendants*.

Civil Action No. 1:20-cv-03531-CCB

## UNOPPOSED MOTION OF AMERICAN SOCIETY OF CLINICAL ONCOLOGY FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Jonathan R. Ference-Burke
 D. Md. Bar No. 20824
Margaux J. Hall
Stephanie A. Webster
Douglas Hallward-Driemeier
Scott J. Falin
ROPES & GRAY, LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4731
Jonathan.Ference-Burke@ropesgray.com

*Attorneys for Amicus Curiae*

The American Society of Clinical Oncology ("ASCO"), through undersigned counsel, respectfully moves the Court for leave to file a brief as *amicus curiae* in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. The undersigned counsel have consulted counsel for the parties in this matter, and they all consent to the filing of this brief. A copy of *amicus*'s proposed brief is attached, together with a proposed order granting this motion.

This brief has not been authored, in whole or in part, by counsel to any party in this case. No party or counsel to any party contributed money intended to fund preparation or submission of this brief. No person, other than the *amicus*, their members, or their counsel, contributed money that was intended to fund preparation or submission of this brief.

## STATEMENT OF INTEREST

ASCO represents U.S. health care professionals specializing in cancer treatment, diagnosis, and prevention. Starting January 1, 2021, the ability of these health professionals to offer, and of patients to access, such lifesaving cancer treatments will be in serious jeopardy. The recently issued "Most Favored Nation" interim final rule, 85 Fed. Reg. 76,180 (Nov. 27, 2020) threatens to bankrupt oncology practices and cut off Medicare cancer patients from the care they need. *Amicus's* proposed brief, attached to this motion as **Exhibit A**, expounds upon *amicus's* acute interest in the disposition of Plaintiffs' motion to enjoin this rule.

## ARGUMENT

District courts have discretion whether to grant or deny motions for leave to appear as amicus curiae. *Am. Humanist Ass'n v. Maryland-Nat'l Cap. Park & Plan. Comm'n*, 303 F.R.D. 266, 269 (D. Md. 2014). "The aid of *amici curiae* has been allowed at the trial level where they provide helpful analysis of the law, they have a special interest in the subject matter of the suit, or existing counsel is in need of assistance." *Bryant v. Better Bus. Bureau of Greater Md., Inc.*, 923

F. Supp. 720, 728 (D. Md. 1996) (internal citations omitted). *Amicus*'s proposed brief fulfills that purpose.

*Amicus*'s proposed brief, attached to this motion as **Exhibit A**, meets this standard by presenting important perspective on the devastating impact of Defendant's *ultra vires* interim final rule improperly waiving the notice-and-comment will have on ASCO member oncology practitioners and their patients. *Amicus*'s proposed brief further demonstrates why an injunction preventing this unlawful government action is necessary now to prevent this immeasurable and irreversible harm it is already causing, and presents this Court with relevant scientific and legal authorities and arguments that are not included in other briefing materials.

## CONCLUSION

For the foregoing reasons, *amicus's* unopposed motion for leave to file the attached brief should be granted.

Respectfully submitted,

Date: December 16, 2020

*/s/ Jonathan R. Ference-Burke*
Jonathan R. Ference-Burke
 D. Md. Bar No. 20824
Margaux J. Hall
Stephanie A. Webster
Douglas Hallward-Driemeier
Scott J. Falin
ROPES & GRAY, LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4731
Jonathan.Ference-Burke@ropesgray.com

*Attorneys for Amicus Curiae*