IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF COMMUNITY CANCER CENTERS, *et al.* <br><br> v. <br><br> ALEX M. AZAR II, *in his official capacity as Secretary of the U.S. Department of Health and Human Services*, *et al.* | Civil Action No. CCB-20-3531 |

**ORDER**

For the reasons stated in the accompanying memorandum, it is hereby Ordered that:

1. The plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF 24), construed as a motion for a temporary restraining order, is GRANTED;

2. The defendants are temporarily RESTRAINED from implementing, enforcing, or otherwise effecting the contested Most Favored Nations Rule for a period of FOURTEEN (14) days pursuant to Fed. R. Civ. P. 65(b); and

3. In light of the circumstances of this case, the plaintiffs are not required to post security pursuant to Fed. R. Civ. P. 65(c).

| | |
|---|---|
| 12/23/2020 <br> Date | /s/ <br> Catherine C. Blake <br> United States District Judge |