# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

December 23, 2020

MEMORANDUM TO COUNSEL

*Association of Community Cancer Centers et al. v. Azar et al.*, CCB-20-3531

Dear counsel:

This letter concerns the temporary restraining order issued by the court today in this case (*see* ECF 44). Plaintiffs' counsel and defense counsel are directed to confer and agree, if possible, on a briefing schedule to be completed on one of the following timelines: (1) within fourteen days of this order; (2) within twenty-eight days of this order, if good cause is shown; or (3) a longer timeline, if all parties agree. Please file your proposed schedule(s) by December 29, 2020.

Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/
Catherine C. Blake
United States District Judge